CTDC/NHCT
03-cv-555
CHATIGN

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
SEP 21   3 33 PM '04

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 26th day of March, two thousand and four.

Before:    Hon. Rosemary S. Pooler,
           Hon. Robert D. Sack,
           Hon. Richard C. Wesley,
                    *Circuit Judges*



Docket No. 03-7572

RONNI RABIN, individually and as a representative of all persons similarly situated, MARITZA AVILA, individually and as a representative of all persons similarly situated, JANE DOE, RONALD GREEN, individually and as representatives of all persons similarly situated, WENDE QALLAB, individually and as a representative of all persons similarly situated,

                    Plaintiffs-Appellants,
    v.

PATRICIA WILSON-COKER, in her official capacity as Commissioner of the Connecticut Department of Social Services,
                    Defendant-Appellee.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby REVERSED in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
_____
Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: 9/14/04