## Attorney Time

| Attorney | Hours | | Amount |
|---|---|---|---|
| Shelley White ($275/hr) | 235.20 | | 64,680.00 |
| ($137.50/hr) | 23.0 | Travel | 3,162.50 |
| Sharon Langer ($250/hr) | 183.05 | | 45,762.50 |
| ($125/hr) | 17.40 | Travel | 2,175.00 |
| Greg Bass ($275/hr) | 94.40 | | 25,960.00 |
| Lucy Potter ($250/hr) | 126.50 | | 31,625.00 |
| Joanne Gibau ($250/hr) | 26.15 | | 6,537.50 |
| Sheldon Toubman ($250/hr) | 105.60 | | 26,400.00 |
| | Total: | | $206,302.50 |