UNITED STATES COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONNI RABIN, ET AL | : | CIVIL ACTION NO.  3:03 CV555 (RNC) |
| *Plaintiffs-appellants* | | |
| v. | : | |
| PATRICIA WILSON-COKER<br>Commissioner of the Connecticut<br>Department of Social Services, in her<br>Official capacity | | |
| *Defendant-appellee* | : | NOVEMBER 3, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant, Patricia Wilson-Coker, Commissioner, Connecticut Department of Social Services, moves for a thirty day extension of time, until December 4, 2004 to respond to plaintiffs Motion for Attorneys Fees and Costs.  In support thereof, the defendant represents that the parties are in preliminary stages of exploring whether the attorney fee issue can be resolved by negotiation and discussion.  An extension of thirty days is necessary to allow that process to go forward, or, alternatively for the defendant to file papers in opposition to the motion.  This is defendant's initial request for an extension of time with respect to this motion.  Counsel for plaintiffs has consented to this request.

                                                DEFENDANT
                                                PATRICIA WILSON-COKER
                                                Commissioner of the Connecticut
                                                Department of Social Services, in her
                                                Official capacity

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY: _____
                                                Hugh Barber
                                                Assistant Attorney General
                                                Federal Bar No. CT05731
                                                55 Elm Street, P.O. Box 120
                                                Hartford, CT  06141-0120
                                                Tel: (860) 808-5210  Fax: (860) 808-5385
                                                Email:hugh.barber@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Extension Of Time** was mailed in accordance with the Rules of Appellate procedures to all counsel of record, first class postage prepaid to:

Sharon Langer, esq.
Connecticut Legal Service, Inc.
587 Main Street
New Britain, CT  06051

Lucy Potter, Esq.
Greater Hartford legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT  06105

Greg Bass, esq.
Greater Hartford legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT  06105

Joanne G. Gibau, Esq.
New Haven Legal Assistance Association
426 State Street
New Haven, CT  06510

Shelley A. White, Esq.
New Haven Legal Assistance Association
426 State Street
New Haven, CT  06510

_____
Hugh Barber
Assistant Attorney General