UNITED STATES COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONNI RABIN, ET AL<br>*Plaintiffs-appellants* | :   CIVIL ACTION NO. 3:03 CV555 (RNC) |
| v. | : |
| PATRICIA WILSON-COKER<br>Commissioner of the Connecticut<br>Department of Social Services, in her<br>Official capacity<br>*Defendant-appellee* | :<br><br><br><br>:   NOVEMBER 3, 2004 |

### MOTION FOR EXTENSION OF TIME

The defendant, Patricia Wilson-Coker, Commissioner, Connecticut Department of Social Services, moves for a thirty day extension of time, until December 4, 2004 to respond to plaintiffs Motion for Attorneys Fees and Costs. In support thereof, the defendant represents that the parties are in preliminary stages of exploring whether the attorney fee issue can be resolved by negotiation and discussion. An extension of thirty days is necessary to allow that process to go forward, or, alternatively for the defendant to file papers in opposition to the motion. This is defendant's initial request for an extension of time with respect to this motion. Counsel for plaintiffs has consented to this request.

DEFENDANT
PATRICIA WILSON-COKER
Commissioner of the Connecticut
Department of Social Services, in her
Official capacity

---

November 4, 2004.   Rabin v. Wilson-Coker
                    3:03CV00555 (RNC)

Re: Defendant's Motion for Extension of Time (Doc. # 57).
Granted. So ordered.

Robert N. Chatigny, U.S.D.J.