UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONNI RABIN, ET.AL,<br>individually and on behalf of all other persons<br>similarly situated,<br>    *Plaintiffs*,<br><br>vs.<br><br><br><br>PATRICIA WILSON-COKER, in her capacity as<br>Commissioner of the State of Connecticut<br>Department of Social Services,<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. |

### NON-TRAVEL TIME RECORDS - SHELLEY A. WHITE

| DATE 2003 | ACTIVITY | TIME |
|---|---|---|
| 03/07 | Conversation w/ Sheldon re possible TMA case | .3 |
| 03/17 | Conversation w/ Sheldon and Joanne Gibau re possible TMA case | 1.25 |
| 03/20 | Review Sharon's complaint | .5 |
| 03/20 | Rewrite Complaint | 1.5 |
| 03/23 | Review another draft of Complaint from Sharon | .5 |
| 03/23 | Prepare comments to draft Compalint | 1.0 |
| 03/24 | Conversation w/ Sheldon re meeting of litigation team | .5 |
| 03/26 | Review due process section of TRO/PI brief | .5 |
| 03/27 | Redo Entire TRO/PI Brief | 2.5 |
| 03/27 | Review Class Brief | 1.5 |

*Exhibit A*

2

| Date | Description | Hours |
|---|---|---|
| 03/27 | Prepare Motion for TRO, Motion for PI, Show Cause Order & Temp. Restrainig Order | 2.0 |
| 03/28 | Work on brief - incorporate changes from Sheldon Toubman and Joanne Gibau review | 1.5 |
| 03/28 | Meet with counsel re: final preparation of papers on the day of filing | .5 |
| 03/28 | Final review Class brief | 1.5 |
| 03/28 | Final review of documents for attachment to PI brief | .5 |
| 03/28 | Final review of original Court papers | .5 |
| 03/28 | File pleadings in District Court | .7 |
| 03/28 | Phone conference w/Judge's chambers re: TRO/PI | .2 |
| 03/28 | Phone conference w/Sharon Langer re: filing | .2 |
| 03/28 | Phone conference w/chambers re: TRO/PI | .1 |
| 03/30 | Meet w/Sharon Langer, Lucy Potter, Greg Bass, Joanne Gibau re: TRO argument | 2.5 |
| 03/31 | Review TRO papers | .5 |
| 03/31 | Meet w/counsel re: TRO hearing | .3 |
| 03/31 | Hearing on TRO | 2.0 |
| 03/31 | Conference w/counsel re: follow up letter to Judge | .2 |
| 04/01 | Review TRO | .5 |
| 04/01 | Conference call w/counsel re: TRO and PI hearing | 1.0 |
| 04/01 | Phone conference w/Sharon Langer re: possible contempt motion | .5 |
| 04/01 | Legal research re: fair hearing requirements | .8 |
| 04/02 | Conference w/Sheldon Toubman re: reinstatement of plaintiffs | .3 |

| 04/02 | Conference w/Sharon Langer, Sheldon Toubman re: reinstatement of Plaintiffs' medicaid eligibility | .5 |
|---|---|---|
| 04/02 | Conference call w/Hugh Barber, Sharon Langer re: reinstatement | .4 |
| 04/02 | Phone conference w/Sharon Langer re: status reinstatement and defendants' request for extension of time to respond to Court's Questions | .3 |
| 04/02 | Legal research re: private right of action | .4 |
| 04/03 | Phone conference w/Sharon Langer re: schedule w/Court | .2 |
| 04/03 | Review e-mail Sharon Langer re: conference she had w/Hugh Barber and Judge | .2 |
| 04/03 | Conference call w/Sharon Langer and Lucy Potter, Joanne Gibau, Sheldon Toubman re: litigation strategy | 1.0 |
| 04/04 | Phone conference w/Sharon Langer re: PI hearing | .3 |
| 04/07 | Phone conference to Sharon Langer re: reinstatement of class members | .1 |
| 04/07 | Work on answer to Question 5 of Judge's Order | 3.0 |
| 04/07 | Review reinstatement notice w/Joanne Gibau | .5 |
| 04/08 | Conference call w/counsel re: litigation strategy | .8 |
| 04/09 | Review 1st draft of answers to questions 1 and 2 (TMA) | 2.0 |
| 04/10 | Phone conference w/Lucy Potter re: TMA section of brief (Q 1&2) | .9 |
| 04/10 | Phone conference w/Sharon re: defendant filing of Motion for Summary Judgment | .5 |
| 04/10 | Redo brief re: TMA (Q 1&2) | 1.0 |
| 04/13 | Work on Q 1&2 rewrite of brief | 1.5 |
| 04/14 | Work on TMA brief | 1.5 |

4

| | | |
|---|---|---|
| 04/16 | Review defendants M/Summary Judgment | 1.5 |
| 04/17 | Conference call w/counsel re: Defendant's M/SUMMARY JUDGMENT, and Plaintiff's M/PI and discovery | 1.0 |
| 04/17 | Review defendants Motion for Summary Judgment | .5 |
| 04/18 | Analyze defendants M/SUMMARY JUDGMENT re: section 1931 | 1.0 |
| 04/18 | Analyze enforceability argument | .5 |
| 04/22 | Review Defendants' class opposition brief | .7 |
| 04/22 | Phone conference w/Lucy Potter re: TMA argument | .5 |
| 04/22 | Phone conference w/Lucy Potter re: intervenor | .3 |
| 04/23 | Work on class brief reply | .6 |
| 04/23 | Conference w/Sheldon Toubman re: TMA argument | .5 |
| 04/24 | Review termination notice and prepare memo to counsel | 1.25 |
| 04/27 | Work on Reply to def's Opposition to Class Motion | 1.25 |
| 04/27 | Work on Deposition Questions | 1.5 |
| 04/27 | Prepare letter to Tanya re: notices to class | 1.25 |
| 04/28 | Review letter Tanya re: notices | .3 |
| 04/28 | Conference call w/Sharon Langer, Lucy Potter, Sheldon Toubman and Joanne Gibau re: letter to Tanya re: notices | .7 |
| 04/28 | E-mails re: letter to Tanya and revise drafts | .7 |
| 04/28 | Review Gonzaga part of brief | .5 |
| 04/28 | Work on Reply to def's Opposition to Class Motion | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 04/29 | Meet w/Lucy Potter, Sharon Langer, Greg Bass re: Depositions | 2.5 |
| 04/29 | Final review of letter to Tanya re: notices | .3 |
| 04/29 | Phone conference w/Lucy Potter re: deposition | .3 |
| 04/29 | Finalize changes in Class Reply Brief | .3 |
| 04/30 | Prepare for Loveland deposition | 1.5 |
| 04/30 | Review TMA section of brief | .5 |
| 05/01 | Review DSS documents pre-deposition | 1.0 |
| 05/01 | Deposition Kevin Loveland | 6.0 |
| 05/01 | Conference call w/Sheldon Toubman and Joanne Gibau re: depositions | .5 |
| 05/01 | Lunch meeting re: Loveland deposition | .4 |
| 05/01 | Review brief of State re: SUMMARY JUDGMENT (II) | 1.0 |
| 05/02 | Deposition Cuyler Massicote (assist Sharon) | 3.5 |
| 05/02 | Meet w/Sharon Langer post deposition re: case (PI hearing) | 1.0 |
| 05/02 | Meet w/Lucy Potter, Sharon Langer re: depositions of Kevin and Cuyler | .5 |
| 05/03 | Work on Questions for K. Loveland at PI hearing | 4.5 |
| 05/04 | Meet w/Lucy Potter, Sharon Langer and Greg Bass re: PI hearing | 5.0 |
| 05/04 | Work on questions for Loveland | .7 |
| 05/05 | Work questions for Kevin Loveland | 2.5 |
| 05/05 | Phone conference w/Sharon Langer re: Tanya requests for stipulations | .3 |
| 05/05 | Phone conference w/Sharon Langer, Lucy Potter re: Def's Objection to Intervention | .5 |
| 05/05 | Legal research re: intervention and mootness | .4 |
| 05/05 | Legal research re: posting of Bond | .5 |

6

| 05/06 | Prepare for hearing at GHLA | 1.0 |
|---|---|---|
| 05/06 | PI Hearing 9:30-12:45; 1:30-5:25 | 6.75 |
| 05/06 | Lunch prep. for afternoon sessions | .5 |
| 05/07 | Prepare reply to def's Intervenor opposition | 2.5 |
| 05/16 | Phone conference w/Sharon Langer re: phone conference w/Tanya and Court | .3 |
| 05/16 | Phone conference w/Sharon Langer re: later phone conference w/Tanya | .2 |
| 05/19 | E-mails w/Sharon Langer re: conference call w/Judge | .3 |
| 05/30 | Review Court decision | .8 |
| 05/30 | E-mails w/counsel re decision and possible appeal | .3 |
| 06/02 | Conference call w/counsel and Jane Perkins re: possible appeal | .2 |
| 06/02 | Conference call w/counsel re: possible appeal of PI decision | .4 |
| 06/03 | Phone conference w/Sharon Langer re: possible appeal | .2 |
| 06/04 | Phone conference w/Greg re: possible appeal | 1.25 |
| 06/04 | Conference call w/Sharon Langer and Sheldon Toubman re: appeal | .5 |
| 06/04 | Work on brief for injunction pending appeal | 3.5 |
| 06/04 | Legal research re: FRAP 8 | .5 |
| 06/04 | Legal research re: statutory construction | 1.0 |
| 06/05 | Work on motion for injunction pending appeal | 4.5 |
| 06/05 | Prepare Rule 62(c) motion | .5 |
| 06/05 | Prepare Notice Appeal | .3 |
| 06/06 | Work on Brief re: Injunction | 3.5 |
| 06/06 | Phone conference w/Sharon Langer re: Rule 62(c) brief | .3 |

7

| | | |
|---|---|---|
| 06/08 | Cite check for Rule 62(c) brief | 1.5 |
| 06/08 | Make final corrections for Rule 62(c) Brief | 2.5 |
| 06/09 | Finalize 62(c) brief and attachments | 1.5 |
| 06/09 | File Notice of Appeal in the District Court | .4 |
| 06/09 | Deliver copies of NOA and Rule 62 papersto AG office | .2 |
| 06/10 | Review e-mails re: 2nd Circuit FRAP 8 brief | .3 |
| 06/10 | Phone conference w/Sharon Langer re: FRAP 8 brief | .2 |
| 06/10 | Make changes in FRAP 8 brief | .8 |
| 06/10 | Preparation for conference call w/Judge (arg re: 62(c) motion) | .5 |
| 06/10 | Conference call w/Judge re: 62(c) motion | 1.25 |
| 06/10 | Conference w/Lucy Potter and Sharon Langer re: decision denying Rule 62(c) motion | .5 |
| 06/10 | Revise 2nd Circuit FRAP 8 brief | 2.5 |
| 06/11 | Arrange for copying of brief and attachments | .5 |
| 06/11 | Finalize FRAP 8 motion and exhibits | 1.5 |
| 06/11 | Prepare motion cover sheet | .5 |
| 06/11 | Arrange for copying | .5 |
| 06/16 | E-mail w/Sharon Langer re: defendant brief | .1 |
| 06/17 | Phone conference w/Second Circuit re: Complaint | .1 |
| 06/17 | Arrange to fax papers to Second Circuit | .2 |
| 06/18 | Arrange for documents to be sent to Second Circuit | .4 |
| 06/18 | Prepare letter to Clerk re: documents | .1 |
| 06/18 | Prepare forms L & D | .3 |
| 06/18 | Phone conference w/Sharon Langer re: CAMP | .2 |

8

| 06/19 | Review State brief in opposition to FRAP 8 injunction | 1.25 |
|---|---|---|
| 06/19 | Phone conference w/Sharon Langer re: State brief | .5 |
| 06/20 | Work on 2nd Circuit Argument re: Injunction | 3.5 |
| 06/20 | Legal research re: class issue | 1.5 |
| 06/21 | Work on Argument 2nd Circuit w/Sharon Langer | 2.5 |
| 06/23 | Work on Argument re: injunction | 1.0 |
| 06/23 | Meet w/team re: FRAP 8 Argument | 2.5 |
| 06/23 | Arrange overnight New York City | .5 |
| 06/23 | Work on Argument re: injunction | 2.5 |
| 06/24 | Work on Argument re: injunction | 1.0 |
| 06/24 | Argument (include pre-argument) | 1.75 |
| 06/25 | Work Index to Record | .5 |
| 06/27 | Review 2nd Circuit Order granting Injunction | .1 |
| 06/27 | Phone conference w/Clerk re: Order | .1 |
| 06/27 | Phone conference w/Sharon Langer re: Order | .2 |
| 06/27 | Phone conference w/Hugh Barber re: Order | .2 |
| 06/27 | Review Rules 28 and 32 re: briefs | .8 |
| 06/28 | Work on appeal brief | 3.0 |
| 06/29 | Work on appeal brief | 5.0 |
| 06/30 | Prepare Appendix to brief (draft) | 1.0 |
| 06/30 | E-mail proposed Appendix to Hugh Barber | .2 |
| 06/30 | Legal research re: Sunset issue | .3 |
| 06/30 | Work on Issue Statement | .5 |
| 06/30 | Phone conference w/Sharon Langer re: Appendix | .5 |
| 07/01 | Phone conference w/Sharon Langer re: brief | .3 |
| 07/01 | E-mails re: reinstatement of clients | .4 |

9

| 07/01 | Review Phillips Brief | .8 |
|---|---|---|
| 07/01 | Work on Appendix | 1.25 |
| 07/02 | Meet w/Sharon Langer to prepare Appendix and discuss draft of brief | 3.5 |
| 07/02 | Continue work on Appendix, phone conference to 2nd Circuit re: Appendix | .2 |
| 07/02 | Phone conference to 2nd Circuit re: Appendix | .1 |
| 07/02 | Work on Index to Addendum | .6 |
| 07/02 | Gather documents for Addendum | .7 |
| 07/02 | Work on Brief | 1.5 |
| 07/03 | Work on Addendum to Brief | 1.25 |
| 07/03 | Work on Brief | 2.5 |
| 07/04 | Work on Brief | 3.0 |
| 07/07 | Work on Brief | 3.5 |
| 07/07 | Work on Index to Appendix | .7 |
| 07/07 | Work on Index to Exhibits | .6 |
| 07/07 | Work on Addendum Index | .4 |
| 07/07 | Review comments to Brief by Sheldon Toubman | .8 |
| 07/07 | Review comments to Brief by Greg Bass | 1.25 |
| 07/08 | Prepare final draft of brief | 1.5 |
| 07/08 | Assist w/Table of Contents and Authorities | 1.5 |
| 07/08 | Deliver Brief and Appendix to Kinko's w/instructions | .7 |
| 07/09 | Phone conferences to Kinko, arrange pick up and federal express | 1.5 |
| 07/09 | E-mail to Hugh Barber (brief) | .2 |
| 07/11 | Phone conference w/Sharon Langer re: letter from 2nd Circuit Index to Record | .2 |
| 07/11 | Phone conference w/District Court Clerk's office re: above | .2 |
| 07/11 | Conference w/Carol re: Index to Record | .2 |

| 07/11 | Go to federal court to review sample Index | .5 |
|---|---|---|
| 07/11 | Conference w/Carol re: Index to Record | .2 |
| 07/11 | Review Index to Record | .2 |
| 07/11 | E-mail Sharon Langer re: Index | .1 |
| 07/11 | Phone conference w/Louis at 2nd Circuit re: Appendix is missing | .2 |
| 07/14 | Review Kai decision | .5 |
| 07/15 | Phone conference w/Clerk re: missing Appendix | .4 |
| 07/15 | Phone conference w/mail room re: missing Appendix | .3 |
| 07/16 | More phone conferences w/2nd Circuit re: missing Appendix | 1.0 |
| 07/20 | Work on outline of reply brief based on State's injunction brief | 3.5 |
| 07/21 | Work on Reply Brief - Kai(b)(1)(2) argument | 1.5 |
| 07/23 | Review State Brief | 1.5 |
| 07/23 | Legal research re: cases cited in Defendant's brief | 1.0 |
| 07/24 | Work on Reply Brief | 2.5 |
| 07/24 | Meet w/counsel re: State Brief and response thereto | 2.0 |
| 07/25 | Work on reply brief (incorporating reviews by Steve Hitov) | 3.5 |
| 07/28 | Work on final of reply brief - conference w/Sharon Langer re: brief | .5 |
| 07/28 | Preparation of and edit of reply brief | 1.5 |
| 07/28 | Review Gonzaga and enforcement cases | 1.0 |
| 07/29 | Arrange and mail brief - pick up from Kinko's | .5 |
| 07/29 | Prepare for oral argument | 1.5 |
| 07/31 | Meet w/Sharon Langer re: Argument | 2.0 |

11

| 07/31 | Prepare Oral Argument | 1.5 |
|---|---|---|
| 07/31 | Review materials for Argument | 1.0 |
| 08/01 | Moot of Argument | 3.0 |
| 08/03 | Prepare for Argument | 1.0 |
| 08/04 | Preparation for Argument | 1.0 |
| 08/04 | Argument of appeal to the Second Circuit | .5 |
| 08/28 | E-mails w/Hitov re: relief | .3 |
| 10/08 | Review MAC v. Burit case and e-mail counsel | .5 |
| **2004** | | .0 |
| 01/28 | Work on Motion to Dissolve opposition | 1.5 |
| 01/28 | Phone conference w/Steve Hitov re: Motion to Dissolve opposition | .5 |
| 01/29 | Conference w/Joanne Gibau re: time records | .2 |
| 02/02 | Finalize and mail opposition to Motion to Dissolve brief | .2 |
| 02/02 | Preparation of letter to 2nd Circuit | .1 |
| 02/02 | Phone conference w/Sharon Langer re: brief in opposition to Motion to Dissolve. | .1 |
| 02/02 | Review time records | .5 |
| 03/24 | Review decision of the Second Circuit | .6 |
| | | 235.2 |
| | | |
| | | |
| | | |