UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONNI RABIN, ET.AL, individually and on behalf of all other persons similarly situated,<br>    *Plaintiffs*,<br><br>vs.<br><br><br>PATRICIA WILSON-COKER, in her capacity as Commissioner of the State of Connecticut Department of Social Services,<br>    *Defendant* | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## TIME RECORDS - TRAVEL - SHELLEY A. WHITE

| DATE 2003 | ACTIVITY | TIME |
|---|---|---|
| 03/30 | Travel to Hartford for meeting w/counsel re: TRO Argument | .5 |
| 03/30 | Travel to Southington | .5 |
| 03/31 | Travel to Hartford for TRO hearing | .6 |
| 03/31 | Travel to New Haven | 1.0 |
| 04/29 | Travel to New Britain for meeting w/counsel | .5 |
| 04/29 | Travel to New Haven | .7 |
| 05/01 | Travel to Hartford for Deposition Kevin Loveland | .7 |
| 05/02 | Travel to Hartford for Deposition Cuyler Massicotte | .5 |
| 05/02 | Travel from Hartford | .5 |
| 05/06 | Travel to Hartford for meeting w/counsel | .7 |
| 05/06 | Travel to Court for PI hearing | .3 |
| 06/09 | Travel to Hartford to Rule 62 motion | .5 |

2

| 06/09 | Travel to Court to file Rule 62 motion | .2 |
|---|---|---|
| 06/09 | Travel to New Haven | 1.0 |
| 06/10 | Travel to CLS New Britain for conference call w/Court (hearing on Rule 62(c) motion | .7 |
| 06/21 | Travel to CLS New Britain to meet w/Sharon | .5 |
| 06/21 | Travel to Southington | .5 |
| 06/23 | Travel to New Britain to meet w/counsel | .5 |
| 06/23 | Travel to Southington | .5 |
| 06/23 | Travel to New York City | 2.0 |
| 06/24 | Walk to Court for FRAP 8 Argument | .5 |
| 06/24 | Travel to New Haven from New York City | 2.0 |
| 07/02 | Travel to CLS New Britain to meet w/counsel | .5 |
| 07/02 | Travel to New Haven | .8 |
| 07/24 | Travel to Hartford to meet w/counsel | 1.0 |
| 07/31 | Travel to New Britain to meet w/Sharon | .8 |
| 08/03 | Travel to New York City for Argument | 2.0 |
| 08/04 | Travel to Argument | .5 |
| 08/05 | Travel to New Haven from New York City | 2.0 |
| | | 23 |
| | | |
| | | |
| | **2003 TRAVEL EXPENSES, COPYING** | |
| 04/29<br>05/01<br>05/02<br>05/06 | Travel to and from New Britain;   (44)<br>Travel to and from Hartford;       (39)<br>Travel to and from Hartford;       (39)<br>Travel to and from Hartford        (42) | 59.04 |
| 06/21 | Travel to New Britain and return(19) | 6.84 |
| 06/23 | Travel to and from New York; and hotel expenses | 210.00 |
| 07/02 | Travel to and from New Britain | 15.84 |

3

| 07/31 | Travel to and from New Britain | 15.84 |
|---|---|---|
| 08/03-05 | Travel to and from New York; and hotel expenses | 160.35 |
| | | 467.91 |
| | | |
| | | |
| | | |
| | | |
| | | |