Sharon D. Langer

<u>**Rabin v. Wilson-Coker**</u>

**Time calculated in 6 minute intervals (1/10 hours):**

| DATE | TIME | ACTIVITY |
|------|------|----------|
| **2003** | | |
| 3/8 | 1.5 | Meeting with Lucy Potter to review CMS Report, Medicaid State Plan |
| 3/11 | 4.0 | Researched State's Requirement under Federal Law to provide Medicaid Extension |
| 3/11 | 3.0 | Drafted demand letter to Commissioner of DSS and AGO |
| 3/11 | .7 | Phone Call with Lucy Potter regarding demand letter |
| 3/11 | .2 | Email to Cindy Mann, Georgetown Univ., about TMA reference in 1931 Statute |
| 3/12 | .5 | Finalize demand letter to Commissioner of DSS and AGO |
| 3/14 | .1 | Email to Greg Bass regarding potential plaintiff notice |
| 3/14 | .2 | Phone Call with Lucy Potter regarding plaintiff notice |
| 3/19 | .4 | Email to and from litigation team and Steve Hitov, NHelp re: <u>Markva</u> decision |
| 3/19 | .5 | Email Greg Bass, Lucy Potter, Sheldon Toubman regarding drafting complaint (enforceability, due process claim) |
| 3/19 | .1 | Email Greg Bass, Sheldon Toubman regarding aid pending issue |
| 3/19 | 4.0 | Draft Complaint |
| 3/20 | .1 | Email regarding draft complaint Greg Bass, Lucy Potter, Sheldon Toubman |
| 3/20 | .3 | Reviewed Shelley White's proposed revisions to draft complaint |

Sharon D. Langer
Rabin Time Records                                  1

| Date | Hours | Description |
|---|---|---|
| 3/20 | .2 | Email - Shelley White, Greg Bass, Lucy Potter re mtg about filing brief, motions, adding in ex parte review issues |
| 3/21 | .1 | Email Shelley, Greg Bass, Lucy Potter regarding AGO positions of client rights to aid pending, hearings, ex parte review of elig. |
| 3/22 | .4 | Phone Call with AAGs Hugh Barber and Tanya Feliciano regarding potential class action suit |
| 3/23 | 3.5 | Edited complaint with Lucy Potter |
| 3/24 | 2.2 | Litigation Team meeting at my office to discuss drafted complaint, PI, and class certification motion |
| 3/24 | .5 | Wrote summary of litigation team meeting and sent via email to team |
| 3/25 | 1.5 | Met with potential plaintiff Ron Heath and drafted affidavit for him to sign |
| 3/25 | .1 | Email to Steven Kilpatrick about potential class member |
| 3/25 | .2 | Email to Greg Bass, Shelley White, Sheldon Toubman, Lucy Potter regarding complaint, ex parte review claim, due process |
| 3/25 | .1 | Reviewed Joanne Gibau's client affidavit |
| 3/25 | .1 | Reviewed Greg Bass's edits of revised complaint |
| 3/25 | .2 | Email to Greg Bass, Shelley White, Joanne Gibau, Sheldon Toubman, Lucy Potter regarding DSS response to demand letter |
| 3/25 | 3.0 | Revisions to Draft complaint, affidavits |
| 3/25 | .2 | Emails Greg, Joanne, Lucy regarding hearing forms |
| 3/26 | 5.0 | Revised complaint with Lucy Potter, emailed litigation team latest draft, and gave feedback regarding class memo, class brief, plaintiff affidavits |
| 3/26 | .1 | Emailed Steven Kilpatrick about potential class member |
| 3/27 | .1 | Email Gregg Bass regarding filing complaint |
| 3/27 | .1 | Email Joanne Gibau, Gregg Bass, Lucy Potter regarding named plaintiffs |

Sharon D. Langer
Rabin Time Records                                2

| Date | Hours | Description |
|---|---|---|
| 3/27 | 2.0 | Inserted class members into complaint and PI memo |
| 3/28 | 1.0 | Phone call and emails with Steve Hitov and litigation team about 1931 statute, complaint, ex parte review, due process claim, plaintiffs and coverage categories |
| 3/28 | 2.5 | Met with Shelley White, Lucy Potter, Joanne Gibau before filing complaint. Reviewed pleadings, signed pleadings, discussed next steps. |
| 3/28 | .2 | Phone call with Judge Chatigny's clerk, Hillel Levin about scheduling TRO on 3/31 |
| 3/28 | .4 | Emails and phone calls with Lucy Potter, Shelley White, Joanne Gibau, Greg Bass to let them know that TRO hearing before Judge Chatigny is scheduled for 3/31 |
| 3/30 | 2.5 | Met with litigation team (Lucy Potter, Shelley White, Joanne Gibau, Greg Bass) to prepare for TRO hearing next day |
| 3/30 | 1.0 | Reviewed arguments for TRO hearing |
| 3/31 | 1.0 | Met with Lucy Potter to discuss TRO hearing and issue of TMA sunset provision |
| 3/31 | .2 | Email Steve Hitov regarding sunset provision |
| 3/31 | .1 | Email to Lucy Potter, Shelley White, Greg Bass, Joanne Gibau regarding TRO hearing |
| 3/31 | .5 | Conference call with Judge Chatigny and AAG Richard Lynch. Judge explained issuance of TRO. |
| 3/31 | .5 | Emails and phone calls to litigation team and named plaintffs about issuance of TRO |
| 4/1 | .2 | Emails Shelley White, Lucy Potter, Greg Bass regarding notes from TRO hearing |
| 4/1 | .5 | Wrote up notes of hearing |
| 4/1 | .2 | Reviewed written TRO order |

Sharon D. Langer
Rabin Time Records                                    3

| | | |
|---|---|---|
| 4/1 | .2 | Emails to and from Lucy Potter regarding sunset provision |
| 4/1 | .2 | Emails to and from Shelley White, Sheldon Toubman regarding notice issues |
| 4/1 | 1.0 | Conference call with litigation team regarding TRO, and next steps preliminary injunction |
| 4/1 | .2 | Email to litigation team and legal services programs regarding the judge's entry of the TRO |
| 4/1 | .5 | Phone call with Shelley White re: possible contempt motion |
| 4/2 | .8 | Emails to and from litigation team regarding DSS reinstatement of putative class members' Medicaid benefits, Kai decision, and my contact with CMS regional office regarding TMA eligibility |
| 4/2 | .5 | Conference call with Shelley White and Sheldon Toubman re: mass reinstatement of Medicaid benefits |
| 4/2 | .4 | Conference call with Shelley White and Hugh Barber, AAG regarding Plaintiffs' reinstatement |
| 4/3 | .2 | Phone call with Shelley White re: Court scheduling |
| 4/3 | 1.0 | Conference call with Shelley White, Sheldon Toubman, Joanne Gibau, Lucy Potter regarding next steps in litigation (extending time to file briefs, pi hearing, addressing issues raised by defendant at TRO hearing) |
| 4/4 | 1.0 | Drafted letter to Hugh Barber, AAG regarding notices |
| 4/4 | .3 | Phone call with Shelley White re: PI hearing |
| 4/4 | .2 | Emails to and from Cindy Mann, Georgetown Univ. about interplay between Sec. 1931 and TMA |
| 4/4 | .1 | Phone call with Joanne Gibau regarding reinstatement notices |
| 4/4 | .2 | Phone calls from Tanya Feliciano, AAG and Hugh Barber re scheduling |
| 4/4 | .2 | Phone call to judge's secretary and judge's clerk regarding scheduling |

Sharon D. Langer
Rabin Time Records                                   4

| Date | Hours | Description |
|---|---|---|
| 4/7 | .1 | Phone call from Shelley White re: reinstatement of plaintiff class |
| 4/7 | .2 | Phone call with Hugh Barber re: reinstatement |
| 4/7 | .1 | Email to litigation team regarding phone call with Barber/Feliciano about reinstatement of plaintiffs |
| 4/7 | .7 | Redrafted Reinstatement notices, Wrote cover memo, and phone call with Joanne Gibau to review my suggested changes |
| 4/7 | .2 | Phone call with Lucy Potter re: TMA statutory section of brief |
| 4/8 | .1 | Email to Steve Hitov, Nhelp re: child support extension |
| 4/8 | .1 | Phone message to Hugh Barber, AAG regarding reinstatement |
| 4/8 | .5 | Email to litigation team summarizing conference call discussion earlier today |
| 4/8 | .5 | Phone call with Steve Hitov, Nhelp re: child support extension, TMA |
| 4/8 | .1 | Phone call with Lucy Potter regarding TMA (conversation with Steve Hitov) |
| 4/8 | .8 | Conference call with litigation team to discuss next steps - answering Judge Chatigny's questions posted in April 1 Order, scheduling possible depositions |
| 4/8 | .2 | Reviewed Lucy Potter's draft of TRO supplement points 1 and 2 |
| 4/8 | .3 | Researched applicability of federal child support extension to our case |
| 4/9 | .2 | Email to litigation team re: deposing DSS official |
| 4/9 | .3 | Phone call with potential CE plaintiff |
| 4/9 | .1 | Phone call with Lucy Potter re: tasks to complete today: finish answers to questions 1 and 2 posed in Judge's TRO, add potential CE plaintiff |
| 4/9 | .2 | Phone call with class members about TRO |
| 4/9 | .6 | Reviewed, researched, edited Lucy's latest draft of TRO supplement brief |

Sharon D. Langer
Rabin Time Records                    5

| Date | Hours | Description |
|---|---|---|
| 4/10 | .5 | Emails back and forth with litigation team about conversations with AGO |
| 4/10 | .5 | Phone call with Lucy Potter regarding TRO supplement brief |
| 4/10 | .6 | Reviewed latest draft of Answers to Judge's TRO Questions on TMA |
| 4/10 | .5 | Phone call with Shelley White re: defendant's Motion for Summary Judgment |
| 4/13 | 2.0 | Reviewed and edited latest version of TRO supplement brief points 1 &2 |
| 4/14 | 3.5 | Lucy Potter and I made final edits to TRO supplemental brief points 1&2 |
| 4/15 | .2 | Emails to and from Shelley, Greg, and Joanne regarding depositions, scheduling conference call |
| 4/16 | .2 | Phone call with Judge's clerk; left message for Hugh Barber, AAG |
| 4/17 | .5 | Reviewed Defendant's Motion for Summary Judgement |
| 4/17 | 1.0 | Conference call with litigation team to discuss our response to defendant's motion for partial summary judgment, brief in opposition to PI, class certification, and scheduling depositions. |
| 4/17 | .2 | Emailed conference call summary and summary of phone call with AGO to litigation team |
| 4/17 | .2 | Phone call with Shelley White re: content of deposition subpoena |
| 4/21 | .1 | Phone message to Tanya Feliciano, AAG re:depositions |
| 4/21 | .1 | Emails to Steven Hitov, Lucy Potter re: TMA |
| 4/25 | 2.0 | Met with Lucy Potter to review defendant's brief and drafted outline for portion of reply brief |
| 4/25 | .5 | Met with Lucy Potter and Vicki Veltri to discuss conducting depositions in preparation for deposing state officials next week |
| 4/25 | .3 | Phone call with Lucy Potter and Steve Hitov about 1931 Medicaid (b1A provision) |

Sharon D. Langer
Rabin Time Records                    6

| | | |
|---|---|---|
| 4/27 | 4.0 | Drafted comments to DSS termination notices, discussion with Lucy, research and reviewed draft of reply brief sections on TMA |
| 4/28 | .7 | Conference call with litigation team to discuss reply brief, depositions. |
| 4/28 | 1.0 | Revised letter to AGO about DSS draft notices |
| 4/28 | 3.5 | Reviewed and revised Lucy Potter's draft of TMA section of Memo in Opposition to Defendant's SJ Motion; reviewed Shelley White's letter to AGO about revised notices; reviewed Joanne Gibau's draft of ex parte section of Opposition Brief; Researched federal TMA issues. |
| 4/29 | 3.0 | Met with litigation team at my office to prepare for depositions of defendant witnesses and to discuss reply brief and defendant's draft revised client notices |
| 4/29 | .2 | Emails and phone call messages to Cindy Mann at Georgetown Univ. about interplay between 1931 and TMA statutes |
| 4/29 | .1 | Phone call with Tanya Feliciano, AAG re: notices and depositions |
| 4/29 | .6 | Researched state TMA legislation |
| 4/29 | .5 | Reviewed comments from litigation team re: DSS draft termination notices. |
| 4/30 | .5 | Reviewed Class Reply Memo and made minor edits. |
| 4/30 | 4.5 | Put together 2nd Suppl. Brief, incorporating co-counsel sections, made revisions, researched DSS policies on clients' rts and responsibilities; reviewed Shelley's deposition questions, and Lucy's suggested changes to questions |
| 5/1 | 1.0 | Reviewed DSS documents prior to deposition |
| 5/1 | 6.0 | Deposition of Kevin Loveland (assist Shelley White) |
| 5/1 | .4 | Lunch meeting with co-counsel re: Loveland deposition |
| 5/2 | .5 | Met with Shelley, Lucy, and Greg prior to Cuyler Massicotte deposition; reviewed subpoenaed documents. |