| Date | Hours | Description |
|---|---|---|
| 5/2 | 3.5 | Conducted deposition of Cuyler Massicotte |
| 5/2 | 1.0 | Met with Shelley White to discuss result of deposition and strategy for PI hearing, which DSS and client witnesses to call. |
| 5/3 | 3.0 | Began preparing for next week's PI hearing. Reviewed pleadings, briefs, deposition notes. |
| 5/4 | 5.0 | Met with Shelley, Lucy and Greg re: PI hearing |
| 5/5 | 4.5 | Drafted outline of oral argument on TMA, enforceability, standards of PI, and class issues; reviewed Shelley's outline, our response to SJ motion. |
| 5/5 | .3 | Emails to litigation team regarding TMA, ex parte review issues, enforceability of Medicaid statute. |
| 5/5 | 1.5 | Met with Lucy Potter to review TMA argument for PI hearing. |
| 5/5 | 1.0 | Reviewed briefs for PI hearing tomorrow. |
| 5/5 | 1.5 | Read case law on enforceability of 1983 actions. |
| 5/5 | .3 | Phone call with Shelley White re: AAG requests for stipulations |
| 5/5 | .5 | Conference call with Shelley White and Lucy Potter re: Objection to Intervention |
| 5/5 | .1 | Phone call with Judge's clerk re: amount of time hearing will likely take |
| 5/5 | .1 | Phone call with Tanya Feliciano, AAG re: PI hearing |
| 5/6 | 1.0 | Met with Lucy Potter, Shelley White, and Greg Bass in preparation for today's PI hearing. Reviewed argument, gathered visual aides and exhibits |
| 5/6 | 6.75 | PI hearing. (9:30-12:45 and 1:30-5:25) |
| 5/6 | .5 | Lunch prepared for afternoon |
| 5/30 | .7 | Reviewed Court decision |
| 5/30 | .3 | Emails with litigation team about Court's preliminary injunction decision |

Sharon D. Langer
Rabin Time Records                    8

| | | |
|---|---|---|
| 6/2 | .4 | Conference call with litigation team about whether to appeal decision |
| 6/2 | .2 | Phone call with Jane Perkins and Shelley White re: appealing Rabin |
| 6/3 | 1.3 | Conference call with litigation team and Steve Hitov about appealing Rabin |
| 6/4 | .5 | Phone call with Shelley White about drafting Motion Pending Appeal to 2nd Circuit |
| 6/4 | .4 | Phone calls to client-class members to update them about case |
| 6/6 | 2.0 | Drafted intro section for Motion for Injunction Pending Appeal |
| 6/6 | .7 | Reviewed 3rd draft of Motion for Injunction Pending Appeal |
| 6/6 | .5 | Reviewed 4th draft of Motion for Injunction Pending Appeal, emails to and from litigation team regarding status of named plaintiffs, filing Motion following Monday |
| 6/6 | .3 | Phone call with Shelley White re PI brief |
| 6/6 | .1 | Reviewed and edited Motion for Injunction Pending Appeal |
| 6/6 | .1 | Left messages for Hugh Barber and Tanya Feliciano, AAGs asking when termination notices will go out to class members |
| 6/9 | .1 | Phone call with Judge Chatigny's secretary about setting up conference call with Judge and Attorney General's Office. |
| 6/9 | .1 | Left message for Judge Chatigny's clerk regarding Motion for PI to 2nd Circuit |
| 6/9 | .2 | Phone call with Shelley White about Injunction Motion and conference call with Judge |
| 6/9 | 1.5 | Reviewed and edited last draft of Motion for Injunction Pending Appeal to 2nd Circuit |
| 6/10 | .2 | Phone call with Steve Hitov regarding TMA argument on appeal |
| 6/10 | .5 | Met with Shelley White and Lucy Potter prior to Conference Call with |

Sharon D. Langer
Rabin Time Records                9

|  |  | Judge Chatigny to help prepare Shelley White for argument on 62(c) Motion |
|---|---|---|
| 6/10 | 1.25 | Listened in on conference call with Judge Chatigny, Shelley White and Hugh Barber |
| 6/10 | .5 | Met with Lucy Potter and Shelley White to discuss denial of Rule 62(c) Motion |
| 6/11 | 1.0 | Reviewed and revised latest draft of PI brief |
| 6/11 | .2 | Phone call with Steve Hitov about status of TMA sunset provision and other citations needed for PI brief |
| 6/11 | 1.0 | Drafted affidavits of facts for 2nd Circuit PI brief |
| 6/11 | 1.0 | Researched citations for PI brief to 2nd Circuit |
| 6/11 | 2.0 | Met with Shelley White to finalize 2nd Circuit appeal papers |
| 6/11 | .1 | Left message for Hugh Barber that PI Motion to 2nd Circuit was overnighted to him |
| 6/12 | .2 | Emails to litigation team with attached final copies of PI to 2nd Circuit |
| 6/18 | .2 | Emails and phone calls with Shelley White regarding mediation election form, others forms to submit to 2nd Circuit |
| 6/18 | .1 | Phone call with 2nd Circuit clerk regarding mediation |
| 6/19 | .5 | Phone call with Shelley White regarding defendant's brief |
| 6/21 | 4.0 | Reviewed pleadings, legislative history, briefs and met with Shelley White to prepare her for argument before 2nd Circuit |
| 6/23 | 2.5 | Met with litigation team to prepare Shelley White for tomorrow's 2nd Circuit argument on Motion for PI pending appeal |
| 6/24 | 1.75 | 2nd Chair at Argument before 2nd Circuit |
| 6/27 | .1 | Reviewed Court Order Granting Injunction |

Sharon D. Langer
Rabin Time Records                               10

| Date | Hours | Description |
|---|---|---|
| 6/27 | .2 | Phone call with Shelley White re: Order |
| 7/1 | .2 | Email to litigation team about reinstating class members |
| 7/1 | .2 | Phone call with Hugh Barber about notification of class members re: injunction |
| 7/1 | 4.0 | Reviewed several versions of 2nd Circuit Appeal Brief, edited, read 30 page excerpt from Phillips v. Noot brief, reviewed legislative history from 1984 of TMA |
| 7/2 | .7 | Researched case law on presumption that Congress doesn't err in drafting legislation for brief |
| 7/2 | 3.5 | Shelley White and I put together joint appendix for 2nd Circuit Brief so it could be paginated and copied; reviewed and edited brief |
| 7/7 | .2 | Phone calls with Shelley White regarding research and revisions to brief |
| 7/7 | 1.5 | Researched AFDC and Medicaid statutes and regulations concerning applicability of cash disregards in both programs |
| 7/7 | 1.0 | Reviewed and edited latest draft of 2nd Circuit Appeal Brief |
| 7/8 | .1 | Left message for Hugh Barber asking for update of Defendant's plans to reinstate plaintiff class pursuant to 2nd Circuit Order |
| 7/9 | .2 | Phone call with Shelley White and email to Defendant's counsel about reinstating plaintiff class members |
| 7/11 | .1 | Email to Shelley White re: correspondence with 2nd Circuit and re: delivery of index pleading to federal district court |
| 7/11 | .5 | Copied Index Pleading, emails to and from Shelley White regarding filing of Index with district court |
| 7/16 | .1 | Email to Hugh Barber re: reinstatement of class members pending appeal |
| 7/16 | .1 | Phone call with Hugh Barber re: reinstatement of class members |
| 7/17 | .3 | Phone calls and emails with litigation team about reinstatement of class members |

Sharon D. Langer
Rabin Time Records                                    11

| Date | Hours | Description |
|---|---|---|
| 7/17 | .1 | Email to Hugh Barber about reinstatement of plaintiffs and fair hearing requests |
| 7/24 | 1.0 | Reviewed Defendant's appeal brief in preparation for meeting with litigation team |
| 7/24 | 2.0 | Met with litigation team at GHLA to discuss argument and finish reply brief |
| 7/25 | 1.0 | Reviewed and edited latest draft of reply brief on appeal |
| 7/27 | 2.0 | Reviewed Houston law review article on post-Gonzaga § 1983 jurisprudence |
| 7/28 | .5 | Phone call with Shelley White re: reply brief |
| 7/30 | .2 | Phone calls and emails to and from Alredo Galan of 2nd Circuit re: reply brief |
| 7/31 | .1 | Phone call with Shelley White to schedule moot for 2nd Circuit argument |
| 7/31 | 2.0 | Reviewed record on appeal for tomorrow's moot |
| 8/1 | 3.0 | Met with litigation team to moot Shelley White for Monday's argument before the 2nd Circuit |
| 8/4 | 1.2 | 2nd Chair at Argument of Appeal before 2nd Circuit |

**2004**

| Date | Hours | Description |
|---|---|---|
| 1/28 | .5 | Reviewed Defendant's Motion to Dissolve |
| 2/2 | .5 | Reviewed Shelley White's draft Response to Defendant's Motion to Dissolve |
| 2/2 | .2 | Email and phone call to Shelley White regarding Response to Motion |
| 3/26 | .1 | Phone call with Lucy Potter re: decision |
| 5/10 | 1.0 | Review of time records for Fee Application |

Sharon D. Langer
Rabin Time Records                                    12

**Total:**

**TRAVEL:**

| Date | Time | Activity |
|------|------|----------|
| 3/26 | .2 | Travel to Greater Hartford Legal Aid (GHLA) to meet with Lucy Potter |
| 3/26 | .2 | Travel to West Hartford |
| 3/28 | .8 | Travel to New Haven Legal Assistance (NHLAA) to meet with litigation team |
| 3/28 | .8 | Return to New Britain |
| 3/30 | .2 | Travel to GHLA to prepare for tomorrow's TRO hearing |
| 3/30 | .2 | Return to West Hartford |
| 3/31 | .2 | Travel to Greater Hartford Legal Aid to meet litigation team and pick up visual aides for TRO hearing today |
| 3/31 | .2 | Travel to Federal District Court, Hartford for TRO hearing |
| 3/31 | .2 | Travel from Federal District Court to GHLA |
| 3/31 | .2 | Return to West Hartford |
| 4/15 | .3 | Travel to Federal District Court, Hartford to hand-deliver copies of TRO Supplemental brief points 1 & 2 to federal court clerk and judge's chambers |
| 4/15 | .2 | Return to West Hartford |
| 5/1 | .2 | Travel to GHLA for Loveland Deposition |
| 5/1 | .2 | Return to West Hartford |
| 5/2 | .2 | Travel to GHLA for Massicotte Deposition |
| 5/2 | .2 | Return to West Hartford |

Sharon D. Langer
Rabin Time Records                                13

| Date | Hours | Description |
|---|---|---|
| 5/5 | .2 | Travel to GHLA to meet with Lucy Potter re: TMA argument for PI hearing |
| 5/5 | .2 | Return to West Hartford |
| 5/6 | .2 | Travel to GHLA to meet litigation team prior to PI hearing today |
| 5/6 | .2 | Travel to Federal District Court, Hartford for PI Hearing |
| 6/24 | 2.5 | Travel to NYC to 2nd Chair Argument on Motion for Injunction Pending Appeal at Second Circuit |
| 6/24 | 2.5 | Return to West Hartford |
| 7/11 | .3 | Travel to Federal District Court, Hartford to hand deliver index |
| 7/11 | .2 | Return to West Hartford |
| 7/24 | .2 | Travel to GHLA to meet with litigation team regarding Defendant's appeal brief |
| 7/24 | .2 | Return to West Hartford |
| 8/1 | .6 | Travel to NHLAA to moot Shelley White |
| 8/1 | .6 | Return to New Britain |
| 8/4 | 2.5 | Travel to NYC to Second Chair Argument on Appeal at Second Circuit |
| 8/4 | 2.5 | Return to West Hartford |

**Travel Total:**     17.2 hours

Sharon D. Langer
Rabin Time Records         14