ViLucy Potter
**Rabin v. Wilson-Coker**
Hours, compiled from daily time sheets
Time calculated in 6 minute intervals (1/10 hour)

| Date | Activity | Time |
|---|---|---|
| 3/4/03 | phone call, e-mail with Sharon Langer re outline of claim | .7 |
| 3/8/03 | meeting with Sharon Langer outlining legal claim, explaining CMS Report, State Plan | 1.5 |
| 3/8/03 | review of CMS Report, State Plan | 1.2 |
| 3/10/03 | review of law | 1.2 |
| 3/11/03 | revise demand letter, pc Sharon Langer re demand letter | 1.3 |
| 3/14/03 | e-mail, pc re potential plaintiffs petit, henderson, and their notices | .5 |
| 3/17/03 | e-mail s langer re robert thompson | .5 |
| 3/17/03 | pc w/ potential plaintiff | .3 |
| 3/19/03 | research re private right of action under 435.930 | 3.2 |
| 3/20/03 | amend complaint | 2.2 |
| 3/20/03 | pcs to potential plaintiffs | .7 |
| 3/21/03 | client intake with doe | 2.2 |
| 3/21/03 | Preparing and finalizing doe affidavit | 1.3 |
| 3/23/03 | edited complaint w sharon langer | 5.0 |
| 3/24/03 | meeting with litigation team to discuss complaint | 2.2 |
| 3/25/03 | revising complaint | 4.0 |
| 3/25/03 | reviewing affidavits, pc to potential plaintiffs | 1.3 |
| 3/26/03 | revising complaint with s langer | 6.4 |
| 3/31/03 | court on TRO hearing | 2.5 |
| 3/31/03 | meet with s langer re TRO hearing | 1.0 |
| 4/1/03 | e-mails re TRO order, sunsetting provision | .5 |
| 4/1/03 | phone conference with team re further briefing | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 4/1/03 | legal research on 1396r | 1.7 |
| 4/2/03 | legal research on 1396u, 1396 r, Kai | 3.3 |
| 4/3/03 | phone conference, litigation team, re next steps | 1.0 |
| 4/7/03 | briefing transitional medicaid | 1.7 |
| 4/7/03 | Pc s langer re brief | .2 |
| 4/8/03 | conference call re litigation strategy | .9 |
| 4/8/03 | e-mails re strategy | .4 |
| 4/8/03 | review of TMA section of brief | 1.1 |
| 4/9/03 | draft intervenor motion, shantel wells | .7 |
| 4/9/03 | revise TRO supp brief | 2.1 |
| 4/9/03 | e-mails re discovery | .3 |
| 4/10/03 | pc shelley white re TMA | .9 |
| 4/10/03 | pc s langer re TRO supp brief | .5 |
| 4/10/03 | mtg w Greg re intervention | .2 |
| 4/10/03 | Mtg w Greg re construction of (b)(1)(a) | .3 |
| 4/10/03 | legal research re statutory construction | 1.3 |
| 4/14/03 | review and edit supp brief w s langer | 4.0 |
| 4/15/03 | revise intervenor motions | .8 |
| 4/15/03 | review continuous eligibility notices | .6 |
| 4/22/03 | revise motion to intervene wells | .7 |
| 4/25/03 | pc s langer, steve hitov | .3 |
| 4/25/03 | mtg w vicki veltri re deposing DSS reps | .5 |
| 4/25/03 | mtg w s langer re defendant's brief | 2.0 |
| 4/25/03 | Outlining argument in response to D, research cms guidance | 2.2 |
| 4/27/03 | drafting reply brief | 4.9 |
| 4/28/03 | phone conference w team re reply brief, depositions | .7 |
| 4/28/03 | review of termination notices | .5 |
| 4/28/03 | review, revision of reply brief | 4.2 |

| Date | Description | Hours |
|---|---|---|
| 4/29/03 | mtg of litigation team re preparing for deposition, discuss brief and notices | 3.0 |
| 4/29/03 | review, revise brief | 1.3 |
| 4/30/03 | review of reply memo on class cert | .3 |
| 4/30/03 | finalizing supp brief | 3.2 |
| 4/30/03 | research, analysis of 1396u, 1396r6 | 2.1 |
| 5/1/03 | assist, review docs at deposition of kevin loveland | 5.3 |
| 5/2/03 | assist, review docs at deposition of cuyler massicotte | 3.5 |
| 5/3/03 | reviewing materials, pleadings for 5/6/hearing | 2.0 |
| 5/4/03 | mtg, shelley, sharon, greg re pi hrg | 5.0 |
| 5/5/03 | prep for hearing, revisions to chart for hearing | 3.2 |
| 5/6/03 | PI hearing and prep | 7.5 |
| 5/13/03 | review notices via e-mail | .7 |
| 5/13/03 | research re HR 100-159 | 1.1 |
| 6/2/03 | phone conference w team re appeal | .4 |
| 6/2/03 | review of decision, research re 2nd cir cases, stat interp | 1.7 |
| 6/10/03 | conference call with judge re stay of decision pending appeal | 1.3 |
| 6/10/03 | mtg shelley, sharon re denial of stay | .5 |
| 6/30/03 | legal research TMA sunset | 1.2 |
| 6/30/03 | review, revise 2d circuit brief | 1.5 |
| 7/26/03 | review of reply brief | 3.0 |
| | Total | 126.5 |