UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

RONNI RABIN, et al

vs.

PATRICIA WILSON COKER (DSS)　　　　　　　Docket No. 03-7572

## TIME RECORDS - SHELDON V. TOUBMAN

| Date | Description | Hours |
|---|---|---|
| 3/3/03 | Phone conference w/Steve Hitov re Medicaid cuts litigation. | .7 |
| 3/3/03 | Legal research re Medicaid cuts litigation | .2 |
| 3/4/03 | Meeting with Shelley White, Joanne Gibau re potential medicaid cuts litigation | .2 |
| 3/6/03 | Phone conference w/Sharon Langer re TMA/ex parte litigation | .7 |
| 3/6/04 | Legal research re HUSKY A cuts | .4 |
| 3/10/04 | Phone conference w/Sharon Langer, prepare demand letter re HUSKY cuts | 1.2 |
| 3/11/03 | Prepare demand letter re HUSKY cuts | .6 |
| 3/11/03 | Correspondence, phone conference w/Sharon Langer re demand letter, plaintiffs | .4 |
| 3/11/03 | Review correspondence re HUSKY cuts notices | .4 |
| 3/11/03 | Legal research re defects in HUSKY A cuts NOAs | .2 |
| 3/12/03 | Phone conference w/M. Ayala re potential HUSKY A referral | .1 |
| 3/17/03 | Meet w/Joanne Gibau, Shelley White re HUSKY cuts litigation | .5 |
| 3/18/03 | Phone conference w/Jane Perkins re HUSKY cuts litigation | .2 |
| 3/19/03 | Phone conference w/Greg Bass re TMA/ex parte claims | .2 |

2

| Date | Description | Hours |
|---|---|---|
| 3/19/03 | Legal research re due process HUSKY claims | .2 |
| 3/19/03 | Legal research re ex parte HUSKY cuts claims | .2 |
| 3/20/03 | Phone conference, correspondence w/Shelley White re HUSKY complaint | .5 |
| 3/21/03 | Review HUSKY cuts notices | .1 |
| 3/21/03 | Investigate potential HUSKY A plaintiffs | .4 |
| 3/21/03 | Prepare affidavit for potential plaintiffs re HUSKY cuts | .4 |
| 3/21/03 | Legal research re HUSKY cuts litigation | .2 |
| 3/23/03 | Collect, review materials for HUSKY cuts litigation | .7 |
| 3/24/03 | Review case law, CMS transmittals re ex parte | .2 |
| 3/24/03 | Phone conference w/potential plaintiffs re HUSKY cuts | .2 |
| 3/24/03 | Meeting re HUSKY cuts litigation | 2.2 |
| 3/24/03 | Return from HUSKY cuts litigation meeting | .7 |
| 3/24/03 | Phone conference w/potential HUSKY A plaintiff | .2 |
| 3/24/03 | Legal research re due process - HUSKY cuts | .5 |
| 3/24/03 | Legal research re due process - HUSKY cuts | .6 |
| 3/24/03 | Correspondence re potential plaintiff - HUSKY cuts | .1 |
| 3/25/03 | Prepare due process part of PI brief | 2.9 |
| 3/25/03 | Phone conference w/Rabin family re being named plaintiff | .3 |
| 3/25/03 | Phone conference w/plaintiff Payne, prepare affidavit | .7 |
| 3/25/03 | Prepare comments to HUSKY cuts complaint | 1.4 |
| 3/26/03 | Prepare PI brief, TRO, complaint, class brief | 6.1 |
| 3/26/03 | Phone conference w/clients re affidavits | 1.0 |
| 3/27/03 | Prepare class certification motion /brief | 4.8 |
| 3/27/03 | Prepare clients' affidavits | 1.2 |

3

| Date | Description | Hours |
|---|---|---|
| 3/27/03 | Meet w/Shelley White re PI brief | .4 |
| 3/27/03 | Phone conference w/Sharon Langer re filing | .1 |
| 3/28/03 | Prepare papers for filing of case | 5.0 |
| 3/28/03 | Arrange service of complaint | .2 |
| 3/28/03 | Correspondence re case assignment, Chatigny J. practice | .2 |
| 3/30/03 | Correspondence, phone conference w/named plaintiff re case status | .5 |
| 3/30/03 | Phone conference w/Shelley White re argument on TRO | .2 |
| 3/30/03 | Prepare letter to defendants re scheduling order | .7 |
| 3/31/03 | Phone conference, correspondence w/named plaintiffs | .1 |
| 3/31/03 | Phone conference w/Sharon Langer re potential intervention | .6 |
| 3/31/03 | Correspondence w/N HeLP re ex parte claim | .1 |
| 3/31/03 | Phone conference w/Shelley White, Joanne Gibau re case strategy | .4 |
| 4/1/03 | Conference call re strategy | .8 |
| 4/1/03 | Review TRO and briefing order | .2 |
| 4/1/03 | Phone conference w/potential Intervenor | .2 |
| 4/2/03 | Phone conference w/client re notice of hearing date | .1 |
| 4/2/03 | Phone conference, correspondence w/N HeLP colleagues re §1931 | .6 |
| 4/3/03 | Phone conference w/colleagues re strategy | .6 |
| 4/3/03 | Meet w/Joanne Gibau re potential intervenors | .1 |
| 4/3/03 | Meet w/Shelley White, Joanne Gibau re case strategy | .8 |
| 4/3/03 | Conference call w/Sharon Langer, Lucy re strategy | 1.1 |
| 4/3/03 | Correspondence w/colleagues re case strategy | 1.0 |

4

| Date | Description | Hours |
|---|---|---|
| 4/3/03 | Phone conference, correspondence w/Greg Bass re case strategy | .4 |
| 4/3/03 | Review transcript of TRO hearing | .4 |
| 4/4/03 | Conference call, correspondence re strategy | .8 |
| 4/4/03 | Meet w/Joanne Gibau, Shelley White re strategy | .4 |
| 4/4/03 | Correspondence w/colleagues re strategy | .4 |
| 4/7/03 | Correspondence w/colleagues re case strategy | .3 |
| 4/8/03 | Conference call w/co-counsel | .6 |
| 4/8/03 | Review draft due process section, meet w/Shelley White | .7 |
| 4/8/03 | Correspondence re case strategy, intervention | .7 |
| 4/8/03 | Correspondence re case strategy | .2 |
| 4/8/03 | Phone conference w/potential intervenors | .3 |
| 4/9/03 | Review notice received by client | .1 |
| 4/9/03 | Correspondence re case strategy | .2 |
| 4/10/03 | Review draft intervention papers | .4 |
| 4/10/03 | Correspondence re intervention issues | .2 |
| 4/10/03 | Correspondence w/colleagues re case strategy | .6 |
| 4/10/03 | Meet, correspondence, phone conference w/Shelley White re case strategy | .4 |
| 4/11/03 | Correspondence re case strategy | .2 |
| 4/16/03 | Meet w/Shelley White re DSS's filing, class action | .2 |
| 4/16/03 | Review, comment on Wells intervention papers | .6 |
| 4/16/03 | Meet w/Shelley White re DSS's TMA arguments | .1 |
| 4/16/03 | Correspondence w/colleagues re strategy conference | .1 |
| 4/21/03 | Meet w/Shelley White re Gonzaga University argument | .1 |
| 4/23/03 | Legal research re Gonzaga University | .6 |

5

| Date | Description | Hours |
|---|---|---|
| 4/23/03 | Legal research re Gonzaga University | .7 |
| 4/24/03 | Legal research re Gonzaga University | 1.4 |
| 4/24/03 | Prepare brief section re Gonzaga University | .3 |
| 4/25/03 | Phone conference w/Shelley White re ex parte, notice claims | .2 |
| 4/26/03 | Correspondence w/Shelley White re case strategy | .1 |
| 4/26/03 | Prepare Gonzaga University brief section | 1.0 |
| 4/28/03 | Conference call w/co-counsel re letter to Tanya | .4 |
| 4/28/03 | Prepare Gonzaga University brief section | 4.1 |
| 4/29/03 | Review, comments to draft class brief | .2 |
| 4/29/03 | Prepare PI reply brief - Gonzaga University | 6.5 |
| 4/29/03 | Correspondence, phone conference w/N HeLP re Gonzaga University argument | .1 |
| 4/30/03 | Prepare Gonzaga University PI brief section | 1.0 |
| 4/30/03 | Prepare ex parte PI brief section | .9 |
| 4/30/03 | Phone conference w/Greg, Lucy re 11th amendment issue | .2 |
| 4/30/03 | Revise TMA brief section, correspondence w/CLS | .6 |
| 4/30/03 | Meet, phone conference w/Shelley White re Loveland depo | .7 |
| 4/30/03 | Phone conference w/named plaintiff Siebert re eligibility status | .2 |
| 5/1/03 | Correspondence re finalization of PI brief | .1 |
| 5/1/03 | Phone conference w/Shelley White, Sharon Langer, Joanne Gibau re depos | .4 |
| 5/2/03 | Meet, correspondence w/Joanne Gibau re case strategy | .2 |
| 5/2/03 | Deal w/subpoena of NH District office employees | .3 |

6

| Date | Description | Hours |
|---|---|---|
| 5/2/03 | Review defendant's summary judgment brief | .2 |
| 5/5/03 | Phone conference w/Rabin, spouse re hearing | .2 |
| 5/5/03 | Phone conference, correspondence w/L. Siebert, case workers re affidavit | .8 |
| 5/5/03 | Phone conference, meet w/Shelley White, Joanne Gibau re strategy | .8 |
| 5/5/03 | Prepare affidavit for Siebert | .9 |
| 5/5/03 | Visit w/client re affidavit, etc. | .3 |
| 5/5/03 | Return from visit w/client re affidavit | .4 |
| 5/5/03 | Copy L. Siebert's notices | .3 |
| 5/8/03 | Review draft notices, meet w/Joanne Gibau, Shelley White | .4 |
| 5/8/03 | Phone conference w/Sharon Langer re comments to notice | .4 |
| 5/8/03 | Review draft hearing rights notice | .2 |
| 5/13/03 | Review, comments on DSS draft notices | .5 |
| 5/13/03 | Phone conference w/Shelley White, Sharon re DSS draft notices | .5 |
| 5/13/03 | Review correspondence re draft notices | .2 |
| 5/13/03 | Meet w/Joanne Gibau re draft notices | .1 |
| 5/13/03 | Meet w/Shelley White re letter to Judge | .1 |
| 5/16/03 | Meet w/Shelley White re case strategy | .1 |
| 5/16/03 | Correspondence w/colleagues re case strategy | .5 |
| 5/16/03 | Phone conference w/Shelley White re case status | .1 |
| 5/30/03 | Review PI ruling | .8 |
| 5/30/03 | Correspondence, phone conference w/colleagues re PI ruling | .4 |

7

| Date | Description | Hours |
|---|---|---|
| 5/30/03 | Meet w/Shelley White re PI ruling, appeal | .2 |
| 6/1/03 | Correspondence re potential strategy conference call | .1 |
| 6/2/03 | Participate in conference call re strategy | .4 |
| 6/2/03 | Meet w/Shelley White re appeal decision | .1 |
| 6/2/03 | Phone conference w/N HeLP re conference call re appeal | .1 |
| 6/3/03 | Conference call w/litigation team re appeal decision | 1.3 |
| 6/4/03 | Phone conference w/Shelley White, Sharon Langer re appeal strategy | .5 |
| 6/4/03 | Meet w/Shelley White, correspondence w/colleagues re appeal strategy | .2 |
| 6/4/03 | Legal research re PI on appeal | .2 |
| 6/4/03 | Correspondence, meet w/Shelley White re appeal strategy | .2 |
| 6/5/03 | Meet w/Shelley White re PI brief | .1 |
| 6/5/03 | Review draft of appeal PI brief | .6 |
| 6/5/03 | Phone conference w/Shelley White re appeal PI brief | .2 |
| 6/6/03 | Meet w/Shelley White re PI appeal brief | .1 |
| 6/6/03 | Review, comments to PI brief | .8 |
| 6/6/03 | Phone conference, correspondence w/colleagues re appeal NOAs | .5 |
| 6/9/03 | Review correspondence re appeal | .1 |
| 6/9/03 | Phone conference w/Shelley White, legal research re PI pending appeal | .1 |
| 6/9/03 | Review, comment on draft 2nd Circuit PI brief | 1.0 |
| 6/9/03 | Correspondence re 2nd Circuit brief strategy | .2 |
| 6/11/03 | Meet w/Shelley White re Chatigny conference call status | .4 |

8

| Date | Description | Hours |
|---|---|---|
| 6/19/03 | Review DSS's 2nd Circuit brief | .2 |
| 6/20/03 | Meet w/Shelley White, Boris re legal research re PI motion | .5 |
| 6/23/03 | Prepare PI pending appeal motion/brief | 2.3 |
| 6/23/03 | Meet, correspondence w/Boris re 2nd Circuit legal research | .2 |
| 6/24/03 | Phone conference w/Shelley White, meet w/Boris re 2nd Circuit argument | .2 |
| 6/26/03 | Correspondence re potential intervener, named plaintiffs | .2 |
| 6/30/03 | Phone conference, correspondence re injunction pending appeal | .1 |
| 7/2/03 | Correspondence re injunction implementation | .1 |
| 7/7/03 | Review, revise, meet w/Shelley White re 2nd Circuit brief | .2 |
|  | TOTAL HOURS | 100.3 |