Greg Bass
<u>Rabin v. Wilson-Coker</u>
**Hours Compiled From Daily Timesheets**

**Time calculated in 6-minute intervals (1/10 hour):**   <u>124.3 TOTAL HOURS</u>
**Relevant Activity Codes :**   CR: Correspondence
                                 CT: Court Appearance
                                 LR: Legal Research
                                 MW: Meeting With
                                 PR: Preparation Of
                                 PC: Phone Calls
                                 RE: Review Of
                                 RV: Revision Of
                                 TR: Travel

| <u>DATE</u> | <u>TIME</u> | <u>ACTIVITY</u> | **ADDITIONAL WORK DESCRIPTION/ COMMENTS** |
|---|---|---|---|
| 3/14/03 | .1 | CR | Email/Sharon/potential plaintiff notice |
| 3/18/03 | .1 | CR | Email/Lucy/TMA issues as separate complaint |
| " " | .1 | CR | Email/Shelley/Olson decision - due process |
| 3/19/03 | .4 | CR | My email/Sandoval - enforcing regulations/Blessing 1983 enforceability |
| " " | .2 | CR | Emails/Lucy, Sheldon - enforceability analysis/combining due process and TMA claims |
| " " | .1 | CR | Email/Sharon, Sheldon - aid pending issues for clients requesting hearings |
| 3/20/03 | .1 | CR | Email/Sharon/draft compl. |
| " " | .1 | CR | Email/Shelley's discussion/proposed compl. draft rewrites |

-1-

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 3/20/03 | .4 | RE | Compl. draft/Shelley's initial rewrite |
| " | .1 | CR | Email/Sharon - mtg. to discuss compl., briefing, motions, plaintiffs/Email/Shelley/2nd compl. draft/ex parte rvw. issues |
| 3/21/03 | .1 | CR | Email/Sheldon/ex parte - due process issues for compl. |
| " | .4 | RE | 2nd compl. draft/Shelley |
| " | .1 | RE | Draft client affidavit/Lucy/HIV client |
| " | .1 | CR | Emails/Sharon, Shelley - AG positions on hrgs., aid pending, ex parte rvws. |
| 3/24/03 | 1.3 | PC | Participation by phone - litigation team mtg. at New Britain CLS. Discuss compl. draft, prelim. injunct. and class cert. briefing |
| 3/25/03 | .1 | CR | Email/Shelley/editing comments re: draft compl. |
| " | .8 | RE | Revised compl. draft w/Shelley's comments |
| " | .1 | CR | Emails/Sharon, Sheldon - CMS contact re: proposed suit/ex parte rvw. issues |
| " | .1 | CR | Email/Shelley/prelim. injunction standards |
| " | .2 | RE | Draft client affidavit/Joanne |
| " | .4 | RE | Revised draft compl. w/Sheldon's comments |
| " | .1 | CR | Email/Sheldon's compl. comments |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 3/25/03 | .3 | CR | Emails/Sharon, Lucy, Shelley, Joanne - fair hrg. aid pending issues |
| "" | .1 | CR | Email/Sharon/DSS demand ltr. response |
| "" | .1 | RE | Email/DSS demand ltr. response |
| "" | .1 | CR | Email/Sharon/summary of Mon. team mtg. - plaintiffs, class, compl., briefs, tasks |
| "" | .1 | CR | Email/me/revisions to draft compl. |
| "" | 2.3 | RV | Revisions to draft compl. |
| "" | .1 | RE | Client affidavit draft/Sharon |
| "" | .2 | CR | Emails/Sharon - Joanne/client Medicaid eligibility |
| "" | .2 | CR | Emails/Sharon, Sheldon - AG/DSS position re: fair hrg. requests |
| "" | .2 | CR | Emails/Sharon, Lucy, Joanne - defect in fair hrg. form |
| "" | .1 | CR | Email/Joanne/client TMA status |
| "" | 1.4 | LR | White, Markva/ex parte rvw. - due process decisions/plain language statutory construction cases |
| 3/26/03 | .5 | MW | Lucy, Sharon/drafting suggestions/prelim. injun. brief |
| "" | .2 | CR | Email/me/2d Cir. prelim. injunct. standards briefing |
| "" | .3 | CR | Emails/Sharon, Lucy, Shelley - applicable prelim. injunct. standard |
| "" | .1 | RE | Draft plaintiff affidavit/Sheldon |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 3/26/03 | .2 | CR | Emails/plaintiff financial facts, eligibility, medical need/Sharon, Joanne, Sheldon |
| "" | .2 | CR | Emails/Shelley, Sheldon, Joanne - Olsen case/applicable prelim. injunct. standard |
| "" | .2 | CR | Emails/Joanne/revised plaintiff affidavits |
| "" | .2 | CR | Emails/Shelley, me/plaintiff standing issues - Medicaid eligibility category |
| 3/27/03 | .2 | CR | Emails/Shelley, Joanne, me - AG service issues |
| "" | .9 | RE | Prelim. injunct. brief/Lucy's draft |
| "" | 2.4 | RE | Medicaid transitional assistance legislative history materials |
| "" | .1 | CR | Email/Sharon/compl. filing logistics |
| "" | .2 | CR | Emails/Sharon, Joanne - plaintiff financial characteristics |
| "" | .1 | CR | Email/Sheldon/subclass size estimate |
| "" | .1 | RE | Revised plaintiff affidavit/Joanne |
| "" | .3 | CR | Emails/Sharon, Sheldon - class size figures for compl. |
| "" | 1.8 | RE | Due process section/prelim. injunct. brief |
| "" | .8 | CR | Email/me/comments - due process section/p.i. brief |
| 3/28/03 | 1.7 | RE | Class brief draft/Sheldon |
| "" | .4 | RV | Class brief draft - sent to Sheldon |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 3/28/03 | .2 | RE | Chambers Practices/Judge Chatigny/TRO relief, p.i. preferences/26f report/oral argument/magistrate |
| " | .2 | CR | Email/me/Chatigny/Chambers Practices excerpt |
| 3/30/03 | 2.5 | MW | Litigation team/prep. for TRO ct. hr. |
| 3/31/03 | .4 | MW | Process server/service of compl., motions on AG |
| " | .1 | CR | Email/me/TMA Cong. Res. |
| " | .1 | CR | Email/Sharon/TRO granted |
| 3/31/03 | .1 | PC | Shelley/getting notice to clients of cuts rescission |
| 4/1/03 | .2 | CR | Emails/Shelley/Sharon - notes of conf. call with Judge/TRO order characteristics/notice, fair hrg. issues |
| " | .2 | CR | Emails/Sharon, Shelley/TRO/conf. with AG re: briefing schedule |
| " | .3 | RE | Written TRO order |
| " | .2 | RE | Federal statutory TMA sunset provision/sent by email, Lucy |
| " | .1 | CR | Olson v. Wing litigation - 2d Cir. denial of stay pending appeal/email/Sheldon |
| " | .4 | PC | Team conf. call/TRO, plaintiff notice issues/briefing requirements - prelim. injunct. |
| " | .2 | CR | Emails/Shelley, me/recipient notice issues |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/1/03 | .1 | CR | Email/Joanne/team conf. call summary |
| " | .1 | CR | Email/Shelley/pharmacy benefits/computer coding/TRO compliance |
| " | .1 | CR | Email/Shelley/hrg. notice requirements, aid pending issues - TRO |
| " | .2 | CR | Client eligibility reinstatement discussions w/Loveland/pharmacy benefit disbursement/TRO compliance |
| 4/2/03 | 1.3 | RE | White appellate brief to 8th Circuit. |
| " | .1 | CR | Email/Lucy/form notices furnished at case filing |
| " | .2 | CR | Emails/Shelley, Sharon/DSS mass reinstatements/client notices/pharmacy benefits |
| " | .1 | CR | Email/Sharon/DSS provider and MCO notice/mass modification/TRO compliance |
| " | .1 | CR | Email/Shelley/DSS mass reinstatement delays |
| " | .2 | CR | Emails/Lucy/Shelley/1931 eligibility/1996 AFDC income, resource limitations |
| " | .1 | CR | Email/Sharon/call from Barber/pharmacy assoc. notices to providers/TRO |
| " | .2 | CR | Emails/Shelley, Sharon, Lucy/distinguishing Kai decision/1931 coverage |
| " | .1 | CR | Email/Sharon/contact - CMS regional office/TMA eligibility |
| " | .1 | CR | Email/Sheldon/client hrgs., reinstatement |
| " | 1.8 | LR | Medicaid statutory legis. history/TMA/HCFA-CMS regulatory CFR history |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/3/03 | .4 | CR | Emails/Shelley, Sharon, me/p.i. hrg scheduling/extension |
| " | .3 | PC | Team conf. call/hrg. scheduling/DSS notices - termination, reinstatement |
| " | .3 | CR | Emails/me/termination notice strategies/deposition of Loveland/ex parte rvw. evidence |
| " | .1 | CR | Email/Sheldon/TRO/notice issues- reinstatement, termination/TRO extension/ct. conf.scheduling |
| " | .9 | RE | TRO hrg. transcript |
| " | .1 | RE | Hrgs. office ltr. to Rabin |
| " | .9 | RE | Lucy's draft - 1396u, sunset, 1396r, Kai issues - p.i. brief |
| " | .2 | CR | Emails/Shelley, Sheldon - confusing DSS term. notices/p.i. deposition strategy |
| 4/4/03 | .3 | CR | Emails/Sharon, Sheldon, me/no April DSS terminations |
| " | .1 | CR | Email/me/deposition strategy/Loveland |
| " | .3 | CR | Emails/me, Shelley/TMA enforcement - Gonzaga/AG position at TRO hrg./Joanne email/hrg. transcript |
| " | .2 | CR | Emails/Sheldon, Shelley, Sharon/pharmacy meds. coverage/TRO compliance/mass modification |
| " | .2 | CR | Emails/Shelley, me/est. length of p.i. hrg./need for testimony |
| 4/7/03 | .1 | CR | Email/Sharon/call to Barber/reinstating plaintiffs for April |
| 4/8/03 | .5 | PC | Litigation team conf. call/briefing tasks, scheduling DSS depositions, reinstatement |
| " | .1 | CR | Email/Sharon/team conf.call summary |