| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/8/03 | 1.3 | LR | Administrative deference case law/CMS issue - interpretation of TMA |
| "" | .4 | CR | Emails/Lucy, Sharon, Shelley, me/Oberlander case/state plan amendments/2d year TMA option/enforceability |
| "" | .3 | LR | Oberlander/2d Cir. case/state plan effect |
| 4/9/03 | .1 | CR | Emails/Sharon, Joanne/DSS deponent choices |
| 4/10/03 | .2 | MW | Lucy/intervenors/right to intervene under Rule 24(a) |
| "" | .2 | CR | Email/Lucy/intervention options/Shelley - reply email |
| "" | .1 | CR | Email/Barber/deposition scheduling dates |
| "" | .2 | CR | Emails/Sharon, Shelley/deponent options/summary judg. opposition strategies |
| "" | .1 | CR | Emails/Sheldon, Shelley/approval of DSS notice changes/ex parte review requirements, due process issues |
| 4/11/03 | .6 | RE | Lucy's draft brief/TMA statutory construction issues |
| "" | .7 | LR | Supreme Ct./2d Cir. plain meaning/statutory construction cases |
| "" | .1 | CR | Email/me/intervenor options |
| 4/15/03 | .4 | RE | Revised draft/Lucy/intervenor brief, motion, compl. |
| "" | .2 | CR | Emails/Sharon, Joanne/conf. call scheduling, deponent choices |
| 4/16/03 | .1 | CR | Emails/Sharon, Shelley/ct. clerk call/Gonzaga issue briefing |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/17/03 | .3 | CR | Emails/Sharon, Shelley/DSS depo scheduling, tasks, document production |
| " | .9 | PC | Litigation team conf. call/summary judg., Gonzaga briefing, 1931 and TMA and sunset briefing, class cert., 26f rept. |
| " | .1 | CR | Email/Sharon/conf. call summary |
| " | .2 | CR | Emails/me/depo scheduling |
| " | .1 | PC | Ct. reporter/DSS depos |
| 4/24/03 | .3 | CR | Emails/Shelley, Lucy,Sheldon/DSS draft termination notice issues/ex parte review |
| 4/28/03 | .3 | CR | Emails/me, Shelley/notices of termination - comments/depo status - lines of questioning |
| " | .4 | RE | Shelley's proposed DSS depo questions |
| " | .3 | CR | Emails/Sharon, Shelley/DSS termination notices/comments |
| 4/29/03 | 1.3 | RE | Class reply brief/additional Galvan research |
| " | .2 | CR | Emails/Sheldon, Shelley, Jane Perkins/Gonzaga briefing section |
| " | 1.0 | TR | New Britain CLS/mtg. to discuss DSS notice comments, briefing issues, depo strategy |
| " | 3.0 | MW | Team mtg./New Britain CLS |
| " | .1 | CR | Email/Sharon/DSS reminder notices/call to Feliciano |
| " | .4 | RE | Amended class reply brief (Shelley's draft) |
| 4/30/03 | .4 | CR | Email/me/comments - class cert. reply brief/reply - Shelley |
| " | .4 | LR | Galvan issues/class reply brief |

| <u>DATE</u> | <u>TIME</u> | <u>ACTIVITY</u> | <u>ADDITIONAL WORK DESCRIPTION/COMMENTS</u> |
|---|---|---|---|
| 4/30/03 | .3 | RE | Gonzaga section/reply brief/Sheldon |
| " | .1 | CR | Email/me/comments - Gonzaga section/reply brief |
| " | .3 | MW | Lucy/discuss Medicaid statutory language chart for oral argument |
| " | .1 | CR | Email/Lucy/language for chart of Medicaid terms |
| 5/1/03 | .3 | MW | Confer with Sharon, Shelley/progress of Loveland depo |
| 5/2/03 | .2 | MW | Sharon/discuss progress of Massicotte deposition |
| 5/4/03 | 5.0 | MW | Litigation team mtg./prepare for prelim. injunct./summary judg. hrg./Shelley |
| 5/6/03 | 6.5 | CT | Preliminary injunction/summary judgment hrg. |
| 5/7/03 | .2 | CR | Emails/Shelley, me/class cert. status/motion procedure at hrg. |
| 5/30/03 | 1.6 | TR | Courthouse/copying prelim. injunct. ct. ruling |
| " | .8 | RE | Prelim. injunct. decision |
| 6/2/03 | .4 | PC | Team conf. call/discuss appeal, appellate stay issues |
| 6/3/03 | .1 | CR | Email/Sharon/appeal decision |
| 6/4/03 | .2 | CR | Email/Shelley/potential outline - appellate arguments |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 6/4/03 | .1 | CR | Email/Hitov/Phillips/countable income argument |
| 6/5/03 | 3.8 | RV | Drafts/stay brief/edits, comments/expedited appeal |
| "" | .1 | CR | Email to Shelley/comments on draft stay brief |
| 6/9/03 | .2 | CR | Emails/Shelley, me/service status, copies of Dist. Ct. stay motion on AG |
| "" | 1. | CR | Emails/Shelley/Sheldon - 2nd Cir. injunction brief - status, comments |
| "" | 3.9 | RV | 2d Cir. injunction brief (Shelley's draft) |
| 6/10/03 | .1 | CR | Email/Sharon/Dist. Ct. refused to grant injunction |
| "" | .1 | CR | Email/me/edits to 2nd Cir. injunction brief draft |
| "" | .4 | RV | Edits/2d Cir. injunction brief draft |
| 6/11/03 | .1 | CR | Email/Shelley/edits - 2nd Cir. injunction brief/conf. call with Judge Chatigny |
| 6/19/03 | .2 | CR | Emails/me, Sheldon/Younger abstention/client admin. hrgs. |
| "" | .3 | LR | Younger abstention/FPM manual |
| "" | .2 | CR | Email/me/Burford abstention |
| 6/20/03 | 1.6 | RE | 2d Cir. injunction briefing/prepare to moot Shelley |
| 6/23/03 | 1.0 | TR | New Britain CLS |
| "" | 2.3 | MW | Shelley, Sharon, Lucy, Joanne/moot Shelley/2nd Cir. injunction argument |
| "" | .6 | LR | Class certification not addressed at trial level/appellate status |

-11-

| <u>DATE</u> | <u>TIME</u> | <u>ACTIVITY</u> | <u>**ADDITIONAL WORK DESCRIPTION/COMMENTS**</u> |
|---|---|---|---|
| 6/25/03 | .2 | CR | Email/me/suggested tasks, research, case planning/2nd Circuit appeal on merits |
| 6/27/03 | .3 | CR | Emails/Shelley, me/DSS implementation of 2nd Cir. injunction |
| " | .2 | RE | 2d Cir. injunction order |
| " | .2 | MW | Lucy/1931 pilot/TMA legislative history |
| " | .1 | CR | 1931 pilot/TMA history/email/Lucy |
| " | .2 | CR | Emails/me, Jane/press release/2nd Cir. injunction |
| " | .2 | PC | Plaintiffs counsel/Phillips briefs |
| 6/30/03 | .2 | CR | Emails/Lucy/me/TMA sunset extended |
| " | .3 | CR | Emails/Shelley, me, Lucy/stmt. of issue/2nd Cir. merits brief |
| " | .9 | RE | 2d Cir. appeal brief draft/Shelley |
| " | .9 | RE | Phillips v. Noot briefs |
| " | .1 | CR | Email/me/Phillips briefs |
| 7/1/03 | .9 | RE | Revised draft/Shelley/2d Cir. merits brief |
| " | .4 | RE | 2d Cir. merits brief draft/Hitov comments |
| " | .1 | CR | Email/me/Hitov comments/2d Cir. brief/stmt. of issue |
| 7/2/03 | 2.3 | RV | Rev. draft/Shelley/2nd Cir. merits brief |
| " | .1 | CR | Email/comments/2d Cir. brief draft |
| 7/7/03 | .1 | CR | Email/me/comments/appeals brief final draft/Shelley |

| **DATE** | **TIME** | **ACTIVITY** | **ADDITIONAL WORK DESCRIPTION/COMMENTS** |
|---|---|---|---|
| 7/7/03 | 1.2 | RV | Final draft/appeals brief/Shelley |
| 7/16/03 | .1 | CR | Email/me/oral argument mooting |
| 7/17/03 | .1 | CR | Email/Sharon/CMS contact |
| 7/18/03 | .2 | CR | Emails/me, Sharon/AG position on client hrg requests pending 2d Cir. appeal |
| 7/23/03 | .8 | RE | Def. 2d Cir. opposition brief |
| 7/23/03 | .9 | RE | Draft reply brief/2d Cir./Shelley |