UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

RONNI RABIN, et al

vs.

PATRICIA WILSON COKER (DSS)         Docket No. 03-7572

## TIME RECORDS - JOANNE GIBAU

| Date | Description | Hours |
|---|---|---|
| 3/21/03 | Conference with Maritza Avila and type affidavit | 3.0 |
| 3/22/03 | Writing PI draft standard, irrep. harm, reading cases | 1.5 |
| 3/24/03 | Review of file, phone conversation with Avila | .6 |
| 3/24/03 | Meeting w/ litigation team re complaint | 2.2 |
| 3/30/03 | Meeting pre-TRO hearing. | 2.5 |
| 4/8/03 | Conference call w/ litigation team re PI hearing | .8 |
| 4/17/03 | Conference call re Defendant's motion for summary judgment and other matters | 1.0 |
| 4/22/03 | Work on supplemental brief | 2.0 |
| 5/6/03 | PI hearing | 6.75 |
| 6/2/03 | Conference call w/ team re appeal | 1.0 |
| 6/4/03 | Review of "plain meaning" cases | 1.0 |
| 6/6/03 | Reading SAW's brief, comments, e-mail revision of Rule 62 motion, e-mailing final | 1.0 |
| 6/11/03 | Message from Ronald Green | .1 |
| 7/31/03 | Review of SAW's materials for moot | .5 |
| 7/31/03 | Shelley's Rabin moot | 2.0 |
| 7/31/03 | Phone conversation from Ronald Green | .2 |
|  |  | 26.15 |