# EXHIBIT B - Computation of Time Records

| | A<br>Time Claimed | B<br>Pre-6/9/03 Time<br>On Time Records | C<br>Post 6/9/03 Time<br>On Time Records | D<br>Total Time Indicated<br>On Time Records |
|---|---|---|---|---|
| White | 235.2<br>23 (trave) | 125.5<br>6.5 | 113.2<br>16.5 | 238.7<br>23 |
| Langer | 183.05<br>17.4 (travel) | 135.55<br>5.2 | 47.3<br>12.1 | 182.85<br>17.4 |
| Bass | 94.4 | 71.4 | 23 | 94.4 |
| Potter | 126.5 | 116.9 | 7.5 | 124.4 |
| Gibau | 26.15 | 23.35 | 2.8 | 26.15 |
| Toubman | 105.6 | 88.2 | 5.8 | 94 |