# EXHIBIT D - Suggested Fee Computation

| | A<br>Hours<br>Claimed | B<br>Pre-6/9/03<br>Hours On<br>Time Records | C<br>1/2 of<br>Pre-6/9/03<br>Hours | D<br>Post<br>6/9/2003<br>Hours | E<br>Total<br>C & D | F<br>10%<br>Inadequate<br>Records | G<br>Minus 10% | H<br>Suggested<br>Rate | I<br>Total<br>Allowable<br>Fee |
|---|---|---|---|---|---|---|---|---|---|
| White | 235.2 | 125.5 | 62.75 | 113.2 | 175.95 | 17.6 | 158.35 | $225 | $35,628.75 |
| White (travel) | 23 | 6.5 | 3.25 | 16.5 | 19.75 | 2 | 17.75 | $112.50 | $1,968.75 |
| Langer | 183.05 | 135.55 | 67.8 | 47.3 | 115.1 | 11.5 | 103.6 | $200 | $20,720.00 |
| Langer (travel) | 17.4 | 5.2 | 2.6 | 12.1 | 14.7 | 1.5 | 13.2 | $100 | $1,320.00 |
| Potter | 126.5 | 116.9 | 58.5 | 7.5 | 66 | 6.6 | 59.4*<br>(reduced by 1/2<br>as third seat)<br>29.7 | $175 | $5,197.50 |
| Toubman | Excluded | | | | | | | | |
| Bass | Excluded | | | | | | | | |
| Gibau | Excluded | | | | | | | | |
| Total Attorneys Fees | | | | | | | | | $64,835.00 |
| Plus Costs | | | | | | | | | $3,456.11 |
| Total Allowable<br>Fees & Costs | | | | | | | | | $68,291.11 |