**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

RONNI RABIN,
MARITZA AVILA,
JANE DOE,
RONALD GREEN,
WENDE QALLAB,
LINDA SIEBERT, and
ALLISON PAYNE                                    CIVIL ACTION NO.3:03 CV555 (RNC)
      Plaintiffs,
      Individually and as
      representatives of all
      persons similarly situated

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut                  DECEMBER 13, 2004
Department of Social Services,
in her official capacity,
      Defendant.


## PLAINTIFFS' MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S OPPOSITION TO FEE PETITION

Plaintiffs hereby request an extension of time until January 7, 2005 to respond to

defendant's Memorandum in Opposition to Motion for Fees and Costs which defendant

filed on December 3, 2004. In support thereof, plaintiffs state that plaintiffs filed their

Motion for Attorneys Fees and Costs on October 14, 2004 to avoid any possible

jurisdictional claim. The motion was filed without accompanying affidavits or time

records because the parties were, at that time, attempting to resolve this matter.

Accordingly, plaintiffs need to submit fee affidavits from each of plaintiffs' counsel and

affidavits supporting counsels' hourly rates. Plaintiffs also need to file a brief replying to

the matters raised by defendant's Memorandum. Plaintiffs respectfully request that

2

they be given until after the holidays to submit these documents.  This is plaintiffs' first

request for an extension of time on this matter, and defendant has consented to this

request.

Respectfully submitted,
PLAINTIFF-APPELLANTS

By: _____

SHELLEY A. WHITE (ct05727)
JOANNE G. GIBAU (ct05730)
New Haven Legal Assistance Association.
426 State Street
New Haven, CT  06510
Phone: 203.946-4811 x 116
FAX: 203.498-9271
swhite@nhlegal.org

LUCY POTTER(ct23449)
GREG BASS (ct18114)
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5002
Fax: 860.541.5050
lpotter@ghla.org
gbass@ghla.org

SHARON LANGER(ct06907)
Connecticut Legal Service, Inc.
587 Main Street
New Britain, CT 06051
Phone: 860.225.8678 x108
Fax: 860.225.6105
slanger@connlegalservices.org

THEIR ATTORNEYS

3

## CERTIFICATION

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Extension of

Time to Respond to Defendant's Opposition to Fee Petition was mailed in accordance

with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of December,

2004, first class mail, postage prepaid to:

> Hugh Barber
> Tanya Feliciano
> Richard J. Lynch
> Assistant Attorneys General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

Shelley A. White
Plaintiffs' Attorney