UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2004 DEC 14 A 11: 15
U.S. DISTRICT COURT
HARTFORD, CT.

RONNI RABIN,
MARITZA AVILA,
JANE DOE,
RONALD GREEN,
WENDE QALLAB,
LINDA SIEBERT, and
ALLISON PAYNE
    Plaintiffs,
    Individually and as
    representatives of all
    persons similarly situated

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut
Department of Social Services,
in her official capacity,
    Defendant.

CIVIL ACTION NO.3:03 CV555 (RNC)

DECEMBER 13, 2004

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S OPPOSITION TO FEE PETITION

Plaintiffs hereby request an extension of time until January 7, 2005 to respond to defendant's Memorandum in Opposition to Motion for Fees and Costs which defendant filed on December 3, 2004. In support thereof, plaintiffs state that plaintiffs filed their Motion for Attorneys Fees and Costs on October 14, 2004 to avoid any possible

December 17, 2004.  Rabin v. Wilson-Coker
                         3:03CV00555 (RNC)

Re:  Plaintiff's Motion for Extension of Time to Respond to Defendant's
     Opposition to Fee Petition (Doc. # 60).

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J

FILED 2004 DEC 20 A 8: 46
U.S. DISTRICT COURT
HARTFORD, CT.