UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONNI RABIN, et. al.

      Plaintiffs,

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut
Department of Social Services,
in her official capacity

      Defendant.

CIVIL ACTION NO.3:03
CV555 (RNC)

JANUARY 3, 2005

## AFFIDAVIT OF LUCY POTTER

Lucy Potter, an attorney duly admitted to practice law in the State of Connecticut

and before this Court, hereby affirms subject to the penalties of perjury as follows:

1. I am co-counsel for the named plaintiffs and plaintiff class in the above-
entitled case.

2. I am an attorney at Greater Hartford Legal Aid (GHLA.) I submit this affidavit

in support of plaintiff's motion for an award of attorney's fees in connection with the

above-entitled matter.

3. I graduated, with honors, from the University of Connecticut School of Law

School, West Hartford, Connecticut, in May, 1984.  I was admitted to practice in

# *EXHIBIT D*

Connecticut in 1984.

4. I have been employed by Greater Hartford Legal Aid since September, 1984.

5. During the last twenty years I have represented low income people before administrative agencies and courts in housing, consumer, benefits and child support matters, including appeals to the Connecticut Appellate and Supreme Courts. I have served on the past four Connecticut Child Support Guidelines Commissions, revising Connecticut's guidelines for child support. I have also been involved in administrative and legislative lobbying on behalf of low income clients

6. I have been co-counsel on three other class action cases in federal court and have also handled appeals of Social Security decisions to federal court. Attached hereto is a list of some of the litigation in which I have participated since 1984.

7. The time records attached hereto are taken from contemporaneous time records maintained on a daily basis and are available for inspection upon request. The time I expended on this action was 126.5 hours.

8. GHLA is billing my time at $250 per hour for purposes of this fee petition under appropriate fee shifting statutes, which, upon information and belief, is well within the prevailing rate for attorneys of my education and experience. GHLA seeks $31,625 for the work I performed in connection with this case.

9. With respect to the time records submitted in support of this motion, it is

3

GHLA's practice to keep time in 6 minute intervals, with .1 representing 6 minutes of work, .2 representing 12 minutes, etc.

WHEREFORE, I respectfully request that this Court grant this motion.

Lucy Potter

3

4

## LIST OF SIGNIFICANT CASES

**Federal Cases:**

Raymond v. Rowland, CV 01 18 (MRK) (Class Action challenging the Department of Social Services' failure to comply with the ADA by affording access to applicants and recipients with disabilities.)

Walters v. Ginsberg, CV No. H-88-750 (Class action challenging the State's child support administration system for failing to promptly redirect and distribute child support payments to families when cash assistance payments end.)

Rosado v. Bowen, CV. No. H 85-171 (JAC) (Class action challenging the deeming of sibling income under the Aid to Families with Dependent Children program.)

Dutkiewicz v. Bowen, CV No. H 87-909 (AHN) (social security benefits.)

Irizarry v. Bowen, CV No. H 88-251 (social security benefits.)

Lefakis v. Bowen, CV No. H 88-10(MJB) (social security benefits.)

Cotto v. Sullivan, CVNo. H 89-734  (social security benefits.)

**Cases briefed and argued before Connecticut Supreme or Appellate Court:**

Favrow v. Vargas, 231 Conn. 1 (1994) (Defended, with partial success,  appeal from Superior Court order which allowed a deviation from the child support guidelines to allow respondent minimal resources to maintain visitation with children.)

Cyr v. Cyr, 222 Conn. 555 (1992) (Successfully defended an order requiring the state to refund child support payments.)

Turner v. Turner, 219 Conn. 703 (1991) (Successful appeal from denial of  a petition for modification of a child support order under newly enacted "substantial deviation from the guidelines" standard.)

Delgado v. Martinez, 25 Conn. App. 155 (1991) (Successful due process challenge to paternity acknowledgment secured while respondent was incarcerated.)

Bowen v. Heintz, 206 Conn. 636 (1988) (Challenge to inclusion of money held in trust for child for purposes of AFDC eligibility, dismissed, after argument, as moot.)

4

**ViLucy Potter**
**Rabin v. Wilson-Coker**
Hours, compiled from daily time sheets
Time calculated in 6 minute intervals (1/10 hour)

| Date | Activity | Time |
|---|---|---|
| 3/4/03 | phone call, e-mail with Sharon Langer re outline of claim | .7 |
| 3/8/03 | meeting with Sharon Langer outlining legal claim, explaining CMS Report, State Plan | 1.5 |
| 3/8/03 | review of CMS Report, State Plan | 1.2 |
| 3/10/03 | review of law | 1.2 |
| 3/11/03 | revise demand letter, pc Sharon Langer re demand letter | 1.3 |
| 3/14/03 | e-mail, pc re potential plaintiffs petit, henderson, and their notices | .5 |
| 3/17/03 | e-mail s langer re robert thompson | .5 |
| 3/17/03 | pc w/ potential plaintiff | .3 |
| 3/19/03 | research re private right of action under 435.930 | 3.2 |
| 3/20/03 | amend complaint | 2.2 |
| 3/20/03 | pcs to potential plaintiffs | .7 |
| 3/21/03 | client intake with doe | 2.2 |
| 3/21/03 | Preparing and finalizing doe affidavit | 1.3 |
| 3/23/03 | edited complaint w sharon langer | 5.0 |
| 3/24/03 | meeting with litigation team to discuss complaint | 2.2 |
| 3/25/03 | revising complaint | 4.0 |
| 3/25/03 | reviewing affidavits, pc to potential plaintiffs | 1.3 |
| 3/26/03 | revising complaint with s langer | 6.4 |
| 3/31/03 | court on TRO hearing | 2.5 |
| 3/31/03 | meet with s langer re TRO hearing | 1.0 |
| 4/1/03 | e-mails re TRO order, sunsetting provision | .5 |
| 4/1/03 | phone conference with team re further briefing | 1.0 |

| | | |
|---|---|---|
| 4/1/03 | legal research on 1396r | 1.7 |
| 4/2/03 | legal research on 1396u, 1396 r, Kai | 3.3 |
| 4/3/03 | phone conference, litigation team, re next steps | 1.0 |
| 4/7/03 | briefing transitional medicaid | 1.7 |
| 4/7/03 | Pc s langer re brief | .2 |
| 4/8/03 | conference call re litigation strategy | .9 |
| 4/8/03 | e-mails re strategy | .4 |
| 4/8/03 | review of TMA section of brief | 1.1 |
| 4/9/03 | draft intervenor motion, shantel wells | .7 |
| 4/9/03 | revise TRO supp brief | 2.1 |
| 4/9/03 | e-mails re discovery | .3 |
| 4/10/03 | pc shelley white re TMA | .9 |
| 4/10/03 | pc s langer re TRO supp brief | .5 |
| 4/10/03 | mtg w Greg re intervention | .2 |
| 4/10/03 | Mtg w Greg re construction of (b(1)(a) | .3 |
| 4/10/03 | legal research re statutory construction | 1.3 |
| 4/14/03 | review and edit supp brief w s langer | 4.0 |
| 4/15/03 | revise intervenor motions | .8 |
| 4/15/03 | review continuous eligibility notices | .6 |
| 4/22/03 | revise motion to intervene wells | .7 |
| 4/25/03 | pc s langer, steve hitov | .3 |
| 4/25/03 | mtg w vicki veltri re deposing DSS reps | .5 |
| 4/25/03 | mtg w s langer re defendant's brief | 2.0 |
| 4/25/03 | Outlining argument in response to D, research cms guidance | 2.2 |
| 4/27/03 | drafting reply brief | 4.9 |
| 4/28/03 | phone conference w team re reply brief, depositions | .7 |
| 4/28/03 | review of termination  notices | .5 |
| 4/28/03 | review, revision of reply brief | 4.2 |

| | | |
|---|---|---|
| 4/29/03 | mtg of litigation team re preparing for deposition, discuss brief and notices | 3.0 |
| 4/29/03 | review, revise brief | 1.3 |
| 4/30/03 | review of reply memo on class cert | .3 |
| 4/30/03 | finalizing supp brief | 3.2 |
| 4/30/03 | research, analysis of 1396u, 1396r6 | 2.1 |
| 5/1/03 | assist, review docs at deposition of kevin loveland | 5.3 |
| 5/2/03 | assist, review docs at deposition of cuyler massicotte | 3.5 |
| 5/3/03 | reviewing materials, pleadings for 5/6/hearing | 2.0 |
| 5/4/03 | mtg, shelley, sharon, greg re pi hrg | 5.0 |
| 5/5/03 | prep for hearing, revisions to chart for hearing | 3.2 |
| 5/6/03 | PI hearing and prep | 7.5 |
| 5/13/03 | review notices via e-mail | .7 |
| 5/13/03 | research re HR 100-159 | 1.1 |
| 6/2/03 | phone conference w team re appeal | .4 |
| 6/2/03 | review of decision, research re 2nd cir cases, stat interp | 1.7 |
| 6/10/03 | conference call with judge re stay of decision pending appeal | 1.3 |
| 6/10/03 | mtg shelley, sharon re denial of stay | .5 |
| 6/30/03 | legal research TMA sunset | 1.2 |
| 6/30/03 | review, revise 2d circuit brief | 1.5 |
| 7/26/03 | review of reply brief | 3.0 |
| | T o t a l | 126.5 |

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONNI RABIN,<br>MARITZA AVILA,<br>JANE DOE,<br>RONALD GREEN,<br>WENDE QALLAB,<br>LINDA SIEBERT, and<br>ALLISON PAYNE | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 3:03 CV555 (RNC) |
| Plaintiffs,<br>Individually and as<br>representatives of all<br>persons similarly situated, | :<br>:<br>:<br>:<br>: |
| VS. | :<br>: |
| PATRICIA WILSON-COKER,<br>Commissioner of the Connecticut<br>Department of Social Services,<br>in her official capacity, | :<br>:  DECEMBER 21, 2004<br>:<br>: |
| Defendant. | :<br>: |

### AFFIDAVIT OF SHELDON TOUBMAN

Sheldon Toubman, an attorney duly admitted to practice law in the State of Connecticut and before this Court, hereby affirms, subject to the penalties of perjury, as follows:

1.    I am an attorney employed by New Haven Legal Assistance Association, Inc. (NHLAA). I submit this affidavit in support of plaintiffs' motion for an award of attorney's fees in connection with the above-entitled matter.

2.    I received a Juris Doctor from University of Pennsylvania School of Law in 1983. I was admitted to practice in Pennsylvania in 1983, in Massachusetts in 1988, and I was admitted to practice in Connecticut in 1991.

## EXHIBIT E

3.    Since July 1991, I have been employed by **New Haven Legal Assistance Association, Inc.**, New Haven, CT, in its Benefits Unit. As an attorney for NHLAA, I advocate for low-income individuals, particularly the elderly and persons with disabilities, with respect to access to Medicaid, health care services and cash benefits, and the protection of civil rights under constitutional provisions and state and federal laws.

4.    Between September 1990 and July 1991, I was a Staff Attorney in the Elder Law Unit, **Connecticut Legal Services, Inc.**, Bridgeport and New London, CT.  In that capacity, I advocated for elderly clients, particularly with respect to access to health care and home and community-based services designed to avoid premature institutionalization.

5.    Between August 1988 and July 1990, I was a Staff Attorney in the Health and Human Services Unit of **Community Legal Services, Inc.**, Philadelphia, PA (Philadelphia's legal services program).  In that capacity, I advocated for low-income individuals denied access to health care and claimants for disability benefits from the Social Security Administration and the Department of Veterans Affairs.

6.    Between January 1984 and August 1988, I was an Associate for **Berger and Montague, P.C.**, Philadelphia, PA. (law firm specializing in antitrust, securities and mass tort class actions).  In that capacity, I developed expertise in the investigation, initiation, prosecution and settlement of individual and class litigation in the areas of environmental law, products liability and prisoners' civil rights. I was also responsible for hiring and supervising firm's complement of law student interns (summer and academic year).

7.    Between May 1981 and August 1982, I was a Law Clerk for **Spiegel & McDiarmid**, Washington, D.C. (law firm representing municipally-owned public utilities primarily in antitrust-related litigation).

8.    I have extensive experience in federal and state court litigation, particularly in the area of Medicaid litigation. Attached hereto is a list of some of the litigation in which I have participated since 1991, when I first became employed by NHLAA.

9.    The time records attached hereto are taken from contemporaneous time records maintained on a daily basis and are available for inspection upon request. The time I expended on this **action was 81.1 hours.**

10.    NHLAA is billing my time at $250 per hour for purposes of this fee petition under appropriate fee shifting statutes, which, upon information and belief, is well within the prevailing rate for attorneys of my education and experience. **NHLAA seeks $20,275 for the work** I performed in connection with this case.

11.    With respect to the time records submitted in support of this motion, it is NHLAA's practice to keep time in 6 minute intervals, with .1 representing 6 minutes of work, .2 representing 12 minutes, etc.

WHEREFORE, I respectfully request that this Court grant this motion.

Sheldon Toubman

## LIST OF SIGNIFICANT CASES

**Federal District Court:**

**Pragano v. Wilson-Coker**, Civ. Act. No. 3:02 CV 01968 (CFD). Co-counsel in class action challenge, under federal Medicaid Act and the Due Process Clause, to denial of durable medical equipment based on Medicare rules.

**Karen L. et.al. v. Physicians Health Services et.al.**, Civ. Act. No 3:99 CV 2244 (CFD). Co-counsel in challenge, under federal Medicaid Act and the Due Process Clause of the Fourteenth Amendment, to failure of Medicaid managed care organization and

3

Department of Social Services to provide timely and adequate notice of denials of Medicaid goods and services and failure to provide prescribed medications in a reasonably prompt fashion.

**Ladd v. Thomas**, 962 F.Supp. 284 (D.Conn 1997). Co-counsel in class action challenge to procedural due process protections provided by State Department of Social Services to Medicaid recipients seeking Medicaid payment for durable medical equipment.

### Federal Court of Appeals:

**DeSario v. Thomas**, 139 F.3d 80 (2d Cir. 1997), <u>cert granted, judgment vacated sub nom.</u>, **Slekis v. Thomas**, 525 U.S. 1098 (1999). Co-counsel in class action challenge to state practices with respect to the payment of durable medical equipment under the Medicaid program. Work on case at federal district court level and before Second Circuit and U.S. Supreme Court.

**Kostok v. Thomas**, 105 F.3d 65 (2d Cir. 1997). Challenge to state practices with respect to Medicaid payment for motorized wheelchairs for persons living in nursing families. Appeal from dismissal by district court on Eleventh Amendment grounds. On appeal, dismissal reversed. Work both at the federal district court level and on appeal.

4

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

RONNI RABIN, et al

vs.

PATRICIA WILSON COKER (DSS)                Docket No. 03-7572

## TIME RECORDS - SHELDON V. TOUBMAN

| Date | Description | Hours |
|------|-------------|-------|
| 3/3/03 | Phone conference w/Steve Hitov (National Health Law Project) re Medicaid cuts litigation. | .7 |
| 3/3/03 | Legal research re Medicaid cuts litigation | .2 |
| 3/4/03 | Meeting with Shelley White, Joanne Gibau re potential medicaid cuts litigation | .2 |
| 3/6/03 | Phone conference w/Sharon Langer re TMA/ex parte litigation | .7 |
| 3/6/04 | Legal research re HUSKY A cuts | .4 |
| 3/10/04 | Phone conference w/Sharon Langer, prepare demand letter re HUSKY cuts | 1.2 |
| 3/11/03 | Prepare demand letter re HUSKY cuts | .6 |
| 3/11/03 | Correspondence, phone conference w/Sharon Langer re demand letter, plaintiffs | .4 |
| 3/11/03 | Review correspondence re HUSKY cuts notices | .4 |
| 3/11/03 | Legal research re defects in HUSKY A cuts NOAs | .2 |
| 3/12/03 | Phone conference w/M. Ayala re potential HUSKY A referral | .1 |
| 3/17/03 | Meet w/Joanne Gibau, Shelley White re HUSKY cuts litigation | .5 |
| 3/18/03 | Phone conference w/Jane Perkins (National Health Law Project) re HUSKY cuts litigation | .2 |
| 3/19/03 | Phone conference w/Greg Bass re TMA/ex parte claims | .2 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/20/03 | Phone conference, correspondence w/Shelley White re HUSKY complaint | .5 |
| 3/21/03 | Review HUSKY cuts notices | .1 |
| 3/21/03 | Investigate potential HUSKY A plaintiffs | .4 |
| 3/21/03 | Prepare affidavit for potential plaintiffs re HUSKY cuts | .4 |
| 3/24/03 | Phone conference w/potential plaintiffs re HUSKY cuts | .2 |
| 3/24/03 | Meeting re HUSKY cuts litigation | 2.2 |
| 3/24/03 | Phone conference w/potential HUSKY A plaintiff | .2 |
| 3/24/03 | Legal research re due process - HUSKY cuts | .5 |
| 3/24/03 | Legal research re due process - HUSKY cuts | .6 |
| 3/25/03 | Prepare due process part of PI brief | 2.9 |
| 3/25/03 | Phone conference w/Rabin family re being named plaintiff | .3 |
| 3/25/03 | Phone conference w/plaintiff Payne, prepare affidavit | .7 |
| 3/25/03 | Prepare comments to HUSKY cuts complaint | 1.4 |
| 3/26/03 | Prepare PI brief, TRO, complaint, class brief | 6.1 |
| 3/26/03 | Phone conference w/clients re affidavits | 1.0 |
| 3/27/03 | Prepare class certification motion /brief | 4.8 |
| 3/27/03 | Prepare clients' affidavits | 1.2 |
| 3/27/03 | Meet w/Shelley White re PI brief | .4 |
| 3/27/03 | Phone conference w/Sharon Langer re filing | .1 |
| 3/28/03 | Prepare papers for filing of case | 5.0 |
| 3/28/03 | Arrange service of complaint | .2 |
| 3/28/03 | Correspondence re case assignment, Chatigny J. practice | .2 |
| 3/30/03 | Correspondence, phone conference w/named plaintiff re case status | .5 |

| Date | Description | Hours |
|------|-------------|-------|
| 3/30/03 | Phone conference w/Shelley White re argument on TRO | .2 |
| 3/30/03 | Prepare letter to defendants re scheduling order | .7 |
| 3/31/03 | Phone conference, correspondence w/named plaintiffs | .1 |
| 3/31/03 | Phone conference w/Sharon Langer re potential intervention | .6 |
| 4/1/03 | Conference call with litigation team re strategy | .8 |
| 4/1/03 | Review TRO and briefing order | .2 |
| 4/1/03 | Phone conference w/potential Intervenor | .2 |
| 4/2/03 | Phone conference w/client re notice of hearing date | .1 |
| 4/2/03 | Phone conference, correspondence w/N HeLP colleagues re §1931 | .6 |
| 4/3/03 | Correspondence w/colleagues re case strategy | 1.0 |
| 4/3/03 | Review transcript of TRO hearing | .4 |
| 4/4/03 | Conference call with litigation team re strategy | .8 |
| 4/8/03 | Conference call w/co-counsel | .6 |
| 4/8/03 | Review draft due process section, meet w/Shelley White | .7 |
| 4/8/03 | Correspondence re case strategy, intervention | .7 |
| 4/8/03 | Phone conference w/potential intervenors | .3 |
| 4/9/03 | Review notice received by client | .1 |
| 4/10/03 | Review draft intervention papers | .4 |
| 4/16/03 | Review, comment on Wells intervention papers | .6 |
| 4/16/03 | Meet w/Shelley White re DSS's TMA arguments | .1 |
| 4/21/03 | Meet w/Shelley White re Gonzaga University argument | .1 |
| 4/23/03 | Legal research re Gonzaga University case | .6 |
| 4/23/03 | Legal research re Gonzaga  University case | .7 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/24/03 | Legal research re Gonzaga University case | 1.4 |
| 4/24/03 | Prepare brief section re Gonzaga University case | .3 |
| 4/25/03 | Phone conference w/Shelley White re ex parte, notice claims | .2 |
| 4/26/03 | Prepare Gonzaga University brief section | 1.0 |
| 4/28/03 | Conference call w/co-counsel re letter to Tanya | .4 |
| 4/28/03 | Prepare Gonzaga University brief section | 4.1 |
| 4/29/03 | Review, comments to draft class reply brief | .2 |
| 4/29/03 | Prepare PI reply brief - Gonzaga University | 6.5 |
| 4/29/03 | Correspondence, phone conference w/N HeLP re Gonzaga University argument | .1 |
| 4/30/03 | Prepare Gonzaga University PI brief section | 1.0 |
| 4/30/03 | Phone conference w/Greg, Lucy re 11th amendment issue | .2 |
| 4/30/03 | Meet, phone conference w/Shelley White re Loveland depo | .7 |
| 4/30/03 | Phone conference w/named plaintiff Siebert re eligibility status | .2 |
| 5/1/03 | Phone conference w/Shelley White, Sharon Langer, Joanne Gibau re depos | .4 |
| 5/2/03 | Deal w/subpoena of NH District office employees | .3 |
| 5/2/03 | Review defendant's summary judgment brief | .2 |
| 5/5/03 | Phone conference w/Rabin, spouse re hearing | .2 |
| 5/5/03 | Phone conference, correspondence w/L. Siebert, case workers re affidavit | .8 |
| 5/5/03 | Phone conference, meet w/Shelley White, Joanne Gibau re strategy | .8 |
| 5/5/03 | Prepare affidavit for Siebert | .9 |
| 5/5/03 | Visit w/client re affidavit, etc. | .3 |

| Date | Description | Hours |
|------|-------------|-------|
| 5/5/03 | Return from visit w/client re affidavit | .4 |
| 5/5/03 | Copy L. Siebert's notices | .3 |
| 5/8/03 | Review draft notices, meet w/Joanne Gibau, Shelley White | .4 |
| 5/8/03 | Phone conference w/Sharon Langer re comments to notice | .4 |
| 5/8/03 | Review draft hearing rights notice | .2 |
| 5/13/03 | Review, comments on DSS draft notices | .5 |
| 5/13/03 | Phone conference w/Shelley White, Sharon re DSS draft notices | .5 |
| 5/13/03 | Review correspondence re draft notices | .2 |
| 5/30/03 | Review PI ruling | .8 |
| 5/30/03 | Correspondence, phone conference w/colleagues re PI ruling | .4 |
| 5/30/03 | Meet w/Shelley White re PI ruling, appeal | .2 |
| 6/1/03 | Correspondence re potential strategy conference call | .1 |
| 6/2/03 | Participate in conference call re strategy | .4 |
| 6/2/03 | Phone conference w/N HeLP re conference call re appeal | .1 |
| 6/3/03 | Conference call w/litigation team re appeal decision | 1.3 |
| 6/4/03 | Phone conference w/Shelley White, Sharon Langer re appeal strategy | .5 |
| 6/4/03 | Meet w/Shelley White, correspondence w/colleagues re appeal strategy | .2 |
| 6/4/03 | Legal research re PI on appeal | .2 |
| 6/4/03 | Correspondence, meet w/Shelley White re appeal strategy | .2 |
| 6/5/03 | Meet w/Shelley White re PI brief | .1 |

| 6/5/03 | Review draft of appeal PI brief | .6 |
|--------|--------------------------------|-----|
| 6/5/03 | Phone conference w/Shelley White re appeal PI brief | .2 |
| 6/6/03 | Meet w/Shelley White re PI appeal brief | .1 |
| 6/6/03 | Review, comments to PI brief | .8 |
| 6/9/03 | Phone conference w/Shelley White, legal research re PI pending appeal | .1 |
| 6/9/03 | Review, comment on draft 2nd Circuit PI brief | 1.0 |
| 6/9/03 | Correspondence re 2nd Circuit brief strategy | .2 |
| 6/11/03 | Meet w/Shelley White re Chatigny conference call status | .4 |
| 6/19/03 | Review DSS's 2nd Circuit brief | .2 |
| 6/20/03 | Meet w/Shelley White, Boris re legal research re PI motion | .5 |
| 6/23/03 | Prepare PI pending appeal motion/brief | 2.3 |
| 6/23/03 | Meet, correspondence w/Boris re 2nd Circuit legal research | .2 |
| 6/24/03 | Phone conference w/Shelley White, meet w/law student re 2nd Circuit argument | .2 |
| 6/30/03 | Phone conference, correspondence re injunction pending appeal | .1 |
| 7/2/03 | Correspondence re injunction implementation | .1 |
|  | TOTAL HOURS | 81.1 |

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONNI RABIN, *et. al.*, | ) | CIVIL ACTION NO. |
| | ) | 3:03 CV555 (RNC) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICIA WILSON-COKER, | ) | |
| Commissioner of the Connecticut | ) | December 17, 2004 |
| Department of Social Services, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF GREG BASS

I, Greg Bass, an attorney duly admitted to practice law in the State of Connecticut and before this Court, having been duly sworn according to law, hereby depose and state as follows:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. The matters described herein are based upon my personal knowledge, as co-counsel of record for plaintiffs in the above-noted cause.

3. I am the Litigation Director for Greater Hartford Legal Aid, Inc. (GHLA). I submit this affidavit in support of plaintiffs' motion for an award of attorney's fees in connection with the above-noted cause.

4. I was awarded my Juris Doctor in May 1980 from American University, Washington College of Law. I was admitted to practice law by examination in:   Washington,

## *EXHIBIT F*

D.C. in 1980 (presently inactive); Alabama in 1981 (presently inactive); Washington in 1985 (presently inactive); and California in 1997 (presently inactive). I was admitted to practice law in Connecticut in 1998.

5. From 1981 to 1984, I worked as a staff attorney for the Legal Services Corporation of Alabama, in its Selma and Demopolis, Alabama offices. In that position, I provided legal representation to low-income clients and nonprofit groups on a variety of matters such as civil rights, public benefits, employment, bankruptcy and housing, in forums including administrative agencies and individual and class action litigation in federal and state courts.

6. From 1984 to 1995, I was employed as a staff attorney and subsequently as a Directing Attorney by Evergreen Legal Services, in its Longview, Washington office. In each of those capacities, I provided legal representation to low-income clients on a variety of matters such as public benefits, civil rights, employment and housing, in forums including administrative agencies, the state legislature, and individual and class action litigation in federal and state courts.

7. From 1995 to 1996, I was employed as a Review Judge with the Office of Appeals of the Washington State Department of Social and Health Services, in Olympia, Washington. In that capacity, I issued final administrative appellate decisions in adjudicative proceedings brought before the Department in public assistance, child support and licensing matters.

8. From 1996 to 1997, I worked as the Managing Attorney for the main office of Central California Legal Services, in Fresno, California. In that capacity, I supervised and assisted staff attorneys and paralegals in low-income client advocacy efforts, including public benefits administrative proceedings, and housing, education and civil rights litigation in state

-2-

## LIST OF SIGNIFICANT CASES

1. a. <u>Panola Land Buyers Association v. Shuman</u>, No. 84-7136 (N. D. Ala. 1984).

   b. <u>Panola Land Buyers Association v. Shuman</u>, 762 F.2d 1550 (11th Cir. 1985).

   [Race discrimination in Farmers Home Administration federally subsidized housing. Appeals court reversed adverse trial court rulings on summary judgment and discovery. Case settled.]

2. a. <u>Abdulla K. v. Heckler</u>, No. 82-849-N (M. D. Ala. 1984).

   b. <u>Abdulla K. v. Heckler</u>, 739 F.2d 634 (11th Cir. 1984).

   [Supremacy Clause challenge to state AFDC public assistance eligibility rules. Case settled as to state defendant; appeals court affirmed mootness determination as to federal defendant.]

3. a. <u>Birl v. Wallis</u>, 619 F. Supp. 481 (M. D. Ala. 1985).

   b. <u>Birl v. Wallis</u>, 633 F. Supp. 707 (M. D. Ala. 1986).

   c. <u>Birl v. Wallis</u>, 649 F. Supp. 868 (M. D. Ala. 1986).

   [Due process injunction obtained against mental health involuntary commitment procedures; attorney's fees ordered.]

4. <u>Brown v. Sumter County</u>, No. 81-P-1075-W (N.D. Ala. 1981).

   [Voting Rights Act challenge to voter registration procedures. Case settled.]

5. <u>Young v. Jack's Hamburgers</u>, (S.D. Ala. 1984).

   [Title VII race discrimination in employment. Case settled.]

6. <u>Bond v. Gingerbread House</u>, No. 84-2-02603-4 (Wash. Super. Ct. 1985).

   [Disability-based discrimination in employment. Case settled.]

7. <u>Worthington v. Sugarman</u>, No. 87-2-00832-8 (Wash. Super. Ct. 1987).

   [Challenge to administration of public assistance employment program, in violation of federal law and state administrative procedure act. Preliminary injunction obtained; case

-4-

settled.]

8. <u>Pinebrook Homeowners Association v. Owen</u>, 48 Wash. App. 424, 739 P.2d 110 (1987), *review denied,* 109 Wash.2d 1009 (1987).

    [Homestead exemption challenge.   Appeals court reversed adverse trial court judgment.]

9. <u>Frank v. Thomas</u>, No. 3:98 CV 306 (GLG) (D. Conn. 1998).

    [Challenge to denial of Medicaid coverage for durable medical equipment.  Case settled.]

10.  a.  <u>Carr v. Wilson-Coker</u>, No. 3:00 CV 1050 (AWT) (D. Conn., filed 2000).

    b.  <u>Carr v. Wilson-Coker</u>, 203 F.R.D. 66 (D. Conn. 2001).

    [Medicaid Act challenge to failure of Department of Social Services to maintain adequate network of dental providers for low-income persons; class certification granted; case pending.]

11.  a.  <u>Raymond v. Rowland</u>, No. 3:03 CV 0118 (MRK) (D. Conn., filed 2003).

    b.  <u>Raymond v. Rowland</u>, 220 F.R.D. 173 (D. Conn. 2004).

    [Americans with Disabilities Act challenge to failure of Department of Social Services to reasonably accommodate needs of disabled persons in seeking eligibility to public assistance programs; class certification granted; case pending.]

12.  <u>Fullerton v. Administrator, Unemployment Compensation Act</u>, No. CV-03-0827926-S (Conn. Super. Ct., Hartford-New Britain J.D. 2004).

    [Americans with Disabilities Act challenge to state regulation denying unemployment compensation benefits to disabled claimants who can only work part-time; case pending.]

WHEREFORE, I respectfully request that this Court grant plaintiffs' motion for attorney's fees.

_____

GREG BASS

Subscribed and sworn to before me this ⟨17⟩th day of December , 2004.

_____
Notary Public

My Commission Exp. May 31, 2009

-6-

and federal courts.

9.  Since 1997, I have worked for Greater Hartford Legal Aid, Inc. (GHLA), as its Litigation Director.  My duties in that position include the development and supervision of, and co-counseling in federal and state court individual and class action litigation, including all applications for attorney's fees under federal and state fee-shifting statutes.  In addition to co-counseling with GHLA attorneys, I regularly co-counsel with attorneys from Connecticut Legal Services and New Haven Legal Assistance Association, Inc., on federal and state individual and class action litigation.

10.  I have extensive experience in federal and state court litigation.  Listed below in this affidavit is some of the major litigation in which I have participated since 1981.

11.  The <u>Rabin v. Wilson-Coker</u> time records attached hereto are taken from contemporaneous time records maintained on a daily basis and are available for inspection upon request.  The time I have expended to date in this matter, as demonstrated by these records, is 93.5 hours.

12.  Greater Hartford Legal Aid, Inc. is billing my time at the rate of $275.00 per hour for purposes of this fee petition under applicable fee-shifting statutes.  This is well within the prevailing rate for attorneys of my education and experience.  Greater Hartford Legal Aid, Inc. seeks $25,712.50 for the work I have performed to date in connection with this action.

13.  With respect to the time records submitted in support of this petition, it is the practice of GHLA to keep attorney's time in six-minute increments, with .1 representing 1 - 6 minutes of work, .2 representing 7 - 12 minutes, etc.

3

**Greg Bass**
**Rabin v. Wilson-Coker**
**Hours Compiled From Daily Timesheets**

**Time calculated in 6-minute intervals (1/10 hour):**   **TOTAL HOURS**
**Relevant Activity Codes :**   CR: Correspondence
                                                CT: Court Appearance
                                                LR: Legal Research
                                                MW: Meeting With
                                                PR: Preparation Of
                                                PC: Phone Calls
                                                RE: Review Of
                                                RV: Revision Of
                                                TR: Travel

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/ COMMENTS |
|------|------|----------|----------------------------------------|
| 3/14/03 | .1 | CR | Email/Sharon/potential plaintiff notice |
| 3/18/03 | .1 | CR | Email/Lucy/TMA issues as separate complaint |
| "" | .1 | CR | Email/Shelley/Olson decision - due process |
| 3/19/03 | .4 | CR | My email/Sandoval - enforcing regulations/Blessing 1983 enforceability |
| "" | .2 | CR | Emails/Lucy, Sheldon - enforceability analysis/combining due process and TMA claims |
| "" | .1 | CR | Email/Sharon, Sheldon - aid pending issues for clients requesting hearings |
| 3/20/03 | .1 | CR | Email/Sharon/draft compl. |
| "" | .1 | CR | Email/Shelley's discussion/proposed compl. draft rewrites |

-1-

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 3/20/03 | .4 | RE | Compl. draft/Shelley's initial rewrite |
| "" | .1 | CR | Email/Sharon - mtg. to discuss compl., briefing, motions, plaintiffs/Email/Shelley/2nd compl. draft/ex parte rvw. issues |
| 3/21/03 | .1 | CR | Email/Sheldon/ex parte - due process issues for compl. |
| "" | .4 | RE | 2nd compl. draft/Shelley |
| "" | .1 | RE | Draft client affidavit/Lucy/HIV client |
| "" | .1 | CR | Emails/Sharon, Shelley - AG positions on hrgs., aid pending, ex parte rvws. |
| 3/24/03 | 1.3 | PC | Participation by phone - litigation team mtg. at New Britain CLS. Discuss compl. draft, prelim. injunct. and class cert. briefing |
| 3/25/03 | .1 | CR | Email/Shelley/editing comments re: draft compl. |
| "" | .8 | RE | Revised compl. draft w/Shelley's comments |
| "" | .1 | CR | Emails/Sharon, Sheldon - CMS contact re: proposed suit/ex parte rvw. issues |
| "" | .1 | CR | Email/Shelley/prelim. injunction standards |
| "" | .2 | RE | Draft client affidavit/Joanne |
| "" | .4 | RE | Revised draft compl. w/Sheldon's comments |
| "" | .1 | CR | Email/Sheldon's compl. comments |

| **DATE** | **TIME** | **ACTIVITY** | **ADDITIONAL WORK DESCRIPTION/COMMENTS** |
|---|---|---|---|
| 3/25/03 | .3 | CR | Emails/Sharon, Lucy, Shelley, Joanne - fair hrg. aid pending issues |
| "" | .1 | CR | Email/Sharon/DSS demand ltr. response |
| "" | .1 | RE | Email/DSS demand ltr. response |
| "" | .1 | CR | Email/Sharon/summary of Mon. team mtg. - plaintiffs, class, compl., briefs, tasks |
| "" | .1 | CR | Email/me/revisions to draft compl. |
| "" | 2.3 | RV | Revisions to draft compl. |
| "" | .1 | RE | Client affidavit draft/Sharon |
| "" | .2 | CR | Emails/Sharon - Joanne/client Medicaid eligibility |
| "" | .2 | CR | Emails/Sharon, Sheldon - AG/DSS position re: fair hrg. requests |
| "" | .2 | CR | Emails/Sharon, Lucy, Joanne - defect in fair hrg. form |
| "" | .1 | CR | Email/Joanne/client TMA status |
| "" | 1.4 | LR | White, Markva/ex parte rvw. - due process decisions/plain language statutory construction cases |
| 3/26/03 | .5 | MW | Lucy, Sharon/drafting suggestions/prelim. injun. brief |
| "" | .2 | CR | Email/me/2d Cir. prelim. injunct. standards briefing |
| "" | .3 | CR | Emails/Sharon, Lucy, Shelley - applicable prelim. injunct. standard |
| "" | .1 | RE | Draft plaintiff affidavit/Sheldon |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 3/26/03 | .2 | CR | Emails/plaintiff financial facts, eligibility, medical need/Sharon, Joanne, Sheldon |
| "" | .2 | CR | Emails/Shelley, Sheldon, Joanne - Olsen case/applicable prelim. injunct. standard |
| "" | .2 | CR | Emails/Joanne/revised plaintiff affidavits |
| "" | .2 | CR | Emails/Shelley, me/plaintiff standing issues - Medicaid eligibility category |
| 3/27/03 | .2 | CR | Emails/Shelley, Joanne, me - AG service issues |
| "" | .9 | RE | Prelim. injunct. brief/Lucy's draft |
| "" | 2.4 | RE | Medicaid transitional assistance legislative history materials |
| "" | .1 | CR | Email/Sharon/compl. filing logistics |
| "" | .2 | CR | Emails/Sharon, Joanne - plaintiff financial characteristics |
| "" | .1 | CR | Email/Sheldon/subclass size estimate |
| "" | .1 | RE | Revised plaintiff affidavit/Joanne |
| "" | .3 | CR | Emails/Sharon, Sheldon - class size figures for compl. |
| "" | 1.8 | RE | Due process section/prelim. injunct. brief |
| "" | .8 | CR | Email/me/comments - due process section/p.i. brief |
| 3/28/03 | 1.7 | RE | Class brief draft/Sheldon |
| "" | .4 | RV | Class brief draft - sent to Sheldon |

| **DATE** | **TIME** | **ACTIVITY** | **ADDITIONAL WORK DESCRIPTION/COMMENTS** |
|---|---|---|---|
| 3/28/03 | .2 | RE | Chambers Practices/Judge Chatigny/TRO relief, p.i. preferences/26f report/oral argument/magistrate |
| "" | .2 | CR | Email/me/Chatigny/Chambers Practices excerpt |
| 3/30/03 | 2.5 | MW | Litigation team/prep. for TRO ct. hr. |
| 3/31/03 | .4 | MW | Process server/service of compl., motions on AG |
| "" | .1 | CR | Email/me/TMA Cong. Res. |
| "" | .1 | CR | Email/Sharon/TRO granted |
| 3/31/03 | .1 | PC | Shelley/getting notice to clients of cuts rescission |
| 4/1/03 | .2 | CR | Emails/Shelley/Sharon - notes of conf. call with Judge/TRO order characteristics/notice, fair hrg. issues |
| "" | .2 | CR | Emails/Sharon, Shelley/TRO/conf. with AG re: briefing schedule |
| "" | .3 | RE | Written TRO order |
| "" | .2 | RE | Federal statutory TMA sunset provision/sent by email, Lucy |
| "" | .1 | CR | Olson v. Wing litigation - 2d Cir. denial of stay pending appeal/email/Sheldon |
| "" | .4 | PC | Team conf. call/TRO, plaintiff notice issues/briefing requirements - prelim. injunct. |
| "" | .2 | CR | Emails/Shelley, me/recipient notice issues |

-5-

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/1/03 | .1 | CR | Email/Joanne/team conf. call summary |
| "" | .1 | CR | Email/Shelley/pharmacy benefits/computer coding/TRO compliance |
| "" | .1 | CR | Email/Shelley/hrg. notice requirements, aid pending issues - TRO |
| "" | .2 | CR | Client eligibility reinstatement discussions w/Loveland/pharmacy benefit disbursement/TRO compliance |
| 4/2/03 | 1.3 | RE | White appellate brief to 8th Circuit. |
| "" | .1 | CR | Email/Lucy/form notices furnished at case filing |
| "" | .2 | CR | Emails/Shelley, Sharon/DSS mass reinstatements/client notices/pharmacy benefits |
| "" | .1 | CR | Email/Sharon/DSS provider and MCO notice/mass modification/TRO compliance |
| "" | .1 | CR | Email/Shelley/DSS mass reinstatement delays |
| "" | .2 | CR | Emails/Lucy/Shelley/1931 eligibility/1996 AFDC income, resource limitations |
| "" | .1 | CR | Email/Sharon/call from Barber/pharmacy assoc. notices to providers/TRO |
| "" | .2 | CR | Emails/Shelley, Sharon, Lucy/distinguishing Kai decision/1931 coverage |
| "" | .1 | CR | Email/Sharon/contact - CMS regional office/TMA eligibility |
| "" | .1 | CR | Email/Sheldon/client hrgs., reinstatement |
| "" | 1.8 | LR | Medicaid statutory legis. history/TMA/HCFA-CMS regulatory CFR history |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 4/3/03 | .4 | CR | Emails/Shelley, Sharon, me/p.i. hrg scheduling/extension |
| "" | .3 | PC | Team conf. call/hrg. scheduling/DSS notices - termination, reinstatement |
| "" | .3 | CR | Emails/me/termination notice strategies/deposition of Loveland/ex parte rvw. evidence |
| "" | .1 | CR | Email/Sheldon/TRO/notice issues- reinstatement, termination/TRO extension/ct. conf.scheduling |
| "" | .9 | RE | TRO hrg. transcript |
| "" | .1 | RE | Hrgs. office ltr. to Rabin |
| "" | .9 | RE | Lucy's draft - 1396u, sunset, 1396r, Kai issues - p.i. brief |
| "" | .2 | CR | Emails/Shelley, Sheldon - confusing DSS term. notices/p.i. deposition strategy |
| 4/4/03 | .3 | CR | Emails/Sharon, Sheldon, me/no April DSS terminations |
| "" | .1 | CR | Email/me/deposition strategy/Loveland |
| "" | .3 | CR | Emails/me, Shelley/TMA enforcement - Gonzaga/AG position at TRO hrg./Joanne email/hrg. transcript |
| "" | .2 | CR | Emails/Sheldon, Shelley, Sharon/pharmacy meds. coverage/TRO compliance/mass modification |
| "" | .2 | CR | Emails/Shelley, me/est. length of p.i. hrg./need for testimony |
| 4/7/03 | .1 | CR | Email/Sharon/call to Barber/reinstating plaintiffs for April |
| 4/8/03 | .5 | PC | Litigation team conf. call/briefing tasks, scheduling DSS depositions, reinstatement |
| "" | .1 | CR | Email/Sharon/team conf.call summary |

-7-

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|---|---|---|---|
| 4/8/03 | 1.3 | LR | Administrative deference case law/CMS issue - interpretation of TMA |
| "" | .4 | CR | Emails/Lucy, Sharon, Shelley, me/Oberlander case/state plan amendments/2d year TMA option/enforceability |
| "" | .3 | LR | Oberlander/2d Cir. case/state plan effect |
| 4/9/03 | .1 | CR | Emails/Sharon, Joanne/DSS deponent choices |
| 4/10/03 | .2 | MW | Lucy/intervenors/right to intervene under Rule 24(a) |
| "" | .2 | CR | Email/Lucy/intervention options/Shelley - reply email |
| "" | .1 | CR | Email/Barber/deposition scheduling dates |
| "" | .2 | CR | Emails/Sharon, Shelley/deponent options/summary judg. opposition strategies |
| "" | .1 | CR | Emails/Sheldon, Shelley/approval of DSS notice changes/ex parte review requirements, due process issues |
| 4/11/03 | .6 | RE | Lucy's draft brief/TMA statutory construction issues |
| "" | .7 | LR | Supreme Ct./2d Cir. plain meaning/statutory construction cases |
| "" | .1 | CR | Email/me/intervenor options |
| 4/15/03 | .4 | RE | Revised draft/Lucy/intervenor brief, motion, compl. |
| "" | .2 | CR | Emails/Sharon, Joanne/conf. call scheduling, deponent choices |
| 4/16/03 | .1 | CR | Emails/Sharon, Shelley/ct. clerk call/Gonzaga issue briefing |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 4/17/03 | .3 | CR | Emails/Sharon, Shelley/DSS depo scheduling, tasks, document production |
| "" | .9 | PC | Litigation team conf. call/summary judg., Gonzaga briefing, 1931 and TMA and sunset briefing, class cert., 26f rept. |
| "" | .1 | CR | Email/Sharon/conf. call summary |
| "" | .2 | CR | Emails/me/depo scheduling |
| "" | .1 | PC | Ct. reporter/DSS depos |
| 4/24/03 | .3 | CR | Emails/Shelley, Lucy, Sheldon/DSS draft termination notice issues/ex parte review |
| 4/28/03 | .3 | CR | Emails/me, Shelley/notices of termination - comments/depo status - lines of questioning |
| "" | .4 | RE | Shelley's proposed DSS depo questions |
| "" | .3 | CR | Emails/Sharon, Shelley/DSS termination notices/comments |
| 4/29/03 | 1.3 | RE | Class reply brief/additional Galvan research |
| "" | .2 | CR | Emails/Sheldon, Shelley, Jane Perkins/Gonzaga briefing section |
| "" | 1.0 | TR | New Britain CLS/mtg. to discuss DSS notice comments, briefing issues, depo strategy |
| "" | 3.0 | MW | Team mtg./New Britain CLS |
| "" | .1 | CR | Email/Sharon/DSS reminder notices/call to Feliciano |
| "" | .4 | RE | Amended class reply brief (Shelley's draft) |
| 4/30/03 | .4 | CR | Email/me/comments - class cert. reply brief/reply - Shelley |
| "" | .4 | LR | Galvan issues/class reply brief |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 4/30/03 | .3 | RE | Gonzaga section/reply brief/Sheldon |
| "" | .1 | CR | Email/me/comments - Gonzaga section/reply brief |
| "" | .3 | MW | Lucy/discuss Medicaid statutory language chart for oral argument |
| "" | .1 | CR | Email/Lucy/language for chart of Medicaid terms |
| 5/1/03 | .3 | MW | Confer with Sharon, Shelley/progress of Loveland depo |
| 5/2/03 | .2 | MW | Sharon/discuss progress of Massicotte deposition |
| 5/4/03 | 5.0 | MW | Litigation team mtg./prepare for prelim. injunct./summary judg. hrg./Shelley |
| 5/6/03 | 6.5 | CT | Preliminary injunction/summary judgment hrg. |
| 5/7/03 | .2 | CR | Emails/Shelley, me/class cert. status/motion procedure at hrg. |
| 5/30/03 | 1.6 | TR | Courthouse/copying prelim. injunct. ct. ruling |
| "" | .8 | RE | Prelim. injunct. decision |
| 6/2/03 | .4 | PC | Team conf. call/discuss appeal, appellate stay issues |
| 6/3/03 | .1 | CR | Email/Sharon/appeal decision |
| 6/4/03 | .2 | CR | Email/Shelley/potential outline - appellate arguments |

| **DATE** | **TIME** | **ACTIVITY** | **ADDITIONAL WORK DESCRIPTION/COMMENTS** |
|---|---|---|---|
| 6/4/03 | .1 | CR | Email/Hitov/Phillips/countable income argument |
| 6/5/03 | 3.8 | RV | Drafts/stay brief/edits, comments/expedited appeal |
| "" | .1 | CR | Email to Shelley/comments on draft stay brief |
| 6/9/03 | .2 | CR | Emails/Shelley, me/service status, copies of Dist. Ct. stay motion on AG |
| "" | 1. | CR | Emails/Shelley/Sheldon - 2nd Cir. injunction brief - status, comments |
| "" | 3.9 | RV | 2d Cir. injunction brief (Shelley's draft) |
| 6/10/03 | .1 | CR | Email/Sharon/Dist. Ct. refused to grant injunction |
| "" | .1 | CR | Email/me/edits to 2nd Cir. injunction brief draft |
| "" | .4 | RV | Edits/2d Cir. injunction brief draft |
| 6/11/03 | .1 | CR | Email/Shelley/edits - 2nd Cir. injunction brief/conf. call with Judge Chatigny |
| 6/19/03 | .2 | CR | Emails/me, Sheldon/Younger abstention/client admin. hrgs. |
| "" | .3 | LR | Younger abstention/FPM manual |
| "" | .2 | CR | Email/me/Burford abstention |
| 6/20/03 | 1.6 | RE | 2d Cir. injunction briefing/prepare to moot Shelley |
| 6/23/03 | 1.0 | TR | New Britain CLS |
| "" | 2.3 | MW | Shelley, Sharon, Lucy, Joanne/moot Shelley/2nd Cir. injunction argument |
| "" | .6 | LR | Class certification not addressed at trial level/appellate status |

| **DATE** | **TIME** | **ACTIVITY** | **ADDITIONAL WORK DESCRIPTION/COMMENTS** |
|----------|----------|--------------|-------------------------------------------|
| 6/25/03 | .2 | CR | Email/me/suggested tasks, research, case planning/2nd Circuit appeal on merits |
| 6/27/03 | .3 | CR | Emails/Shelley, me/DSS implementation of 2nd Cir. injunction |
| "" | .2 | RE | 2d Cir. injunction order |
| "" | .2 | MW | Lucy/1931 pilot/TMA legislative history |
| "" | .1 | CR | 1931 pilot/TMA history/email/Lucy |
| "" | .2 | CR | Emails/me, Jane/press release/2nd Cir. injunction |
| "" | .2 | PC | Plaintiffs counsel/Phillips briefs |
| 6/30/03 | .2 | CR | Emails/Lucy/me/TMA sunset extended |
| "" | .3 | CR | Emails/Shelley, me, Lucy/stmt. of issue/2nd Cir. merits brief |
| "" | .9 | RE | 2d Cir. appeal brief draft/Shelley |
| "" | .9 | RE | Phillips v. Noot briefs |
| "" | .1 | CR | Email/me/Phillips briefs |
| 7/1/03 | .9 | RE | Revised draft/Shelley/2d Cir. merits brief |
| "" | .4 | RE | 2d Cir. merits brief draft/Hitov comments |
| "" | .1 | CR | Email/me/Hitov comments/2d Cir. brief/stmt. of issue |
| 7/2/03 | 2.3 | RV | Rev. draft/Shelley/2nd Cir. merits brief |
| "" | .1 | CR | Email/comments/2d Cir. brief draft |
| 7/7/03 | .1 | CR | Email/me/comments/appeals brief final draft/Shelley |

| DATE | TIME | ACTIVITY | ADDITIONAL WORK DESCRIPTION/COMMENTS |
|------|------|----------|--------------------------------------|
| 7/7/03 | 1.2 | RV | Final draft/appeals brief/Shelley |
| 7/16/03 | .1 | CR | Email/me/oral argument mooting |
| 7/17/03 | .1 | CR | Email/Sharon/CMS contact |
| 7/18/03 | .2 | CR | Emails/me, Sharon/AG position on client hrg requests pending 2d Cir. appeal |
| 7/23/03 | .8 | RE | Def. 2d Cir. opposition brief |
| 7/23/03 | .9 | RE | Draft reply brief/2d Cir./Shelley |

-13-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONNIE RABIN, et al.                  :
                                      :
          Plaintiffs,                 :          CIVIL ACTION NO. 3:03 CV555
                                      :          (RNC)
VS.                                   :
                                      :
PATRICIA WILSON-COKER,                :
Commissioner of the Connecticut       :
Department of Social Services,        :
In her official capacity              :
                                      :
          Defendant.                  :          DECEMBER 23, 2004

## AFFIDAVIT OF FRANCIS J. BRADY

I, FRANCIS J. BRADY, being first duly sworn according to law, hereby depose and state the following:

1.    I have been a practicing attorney in Hartford, Connecticut since 1974. I have practiced with the law firm of Murtha Cullina LLP, or its predecessor, since 1974 and have been a partner in that law firm since July 1, 1980.

2.    I have been admitted to practice in the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit and the United States Supreme Court.

*EXHIBIT G*

3.      During the course of my professional experience, I have been engaged principally in the area of complex civil litigation before the Connecticut Superior Court and the United States District Court for the District of Connecticut.

4.      I served as president of the Hartford County Bar Association for the period April 2000 through April 2001.  That association consists of approximately 2,200 attorneys and judges, with the attorneys based in Hartford County.  I served as a member of the Board of Directors of that association for many years prior thereto.

5.      I served as Co-Chairman of the Federal Practice Section of the Connecticut Bar Association for the period June 2002 through June 2004.  I served as a member of the Executive Committee of that Section for many years prior thereto.

6.      Throughout my years of practice, I have been responsible for billing clients for legal services.  At various times, I have participated in the setting of billing rates for this firm's litigation department for attorney and paralegal work.

7.      As a result of my practice and experience in reviewing billing rates and my interaction with other lawyers directly in civil litigation and otherwise through professional and court appointed organizations, I am familiar with rates charged by Connecticut based law firms for attorneys and paralegals for complex civil litigation.

8.      I have reviewed the affidavits of Attorneys Gregg Bass, Lucy Potter and Sharon D. Langer.  I find that the hourly rates ($275.00 per hour, $250.00 per hour and $250.00 per hour, respectively) which these Greater Hartford Legal Aid and Connecticut Legal Services attorneys are billing for their services in connection with the pending petition for attorneys fees are reasonable in comparison with the prevailing rates for attorneys of their experience for litigation in the United States District Court for the District of

-2-

Connecticut.  Indeed, they are on the lower end of the scale, as I would expect that an

attorney with 25 years of complex, civil litigation experience would charge in the range of

$350.00 - $400.00 per hour.

     9.    This Affidavit is being submitted in connection with the Greater Hartford

Legal Aid's position as to a certain attorneys' fee application.  As a matter of full disclosure,

I serve as a member of the Board of Directors of this organization and as Chair of its

Litigation Advisory Board Committee.

Francis J. Brady

STATE OF CONNECTICUT    :
                        : ss.  Hartford      December 23, 2004
COUNTY OF HARTFORD     :

    Subscribed and sworn to before me this 23rd day of December, 2004.

Margaret J. Colin

Notary Public
My Commission Expires:

MARGARET J. COLIN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RONNI RABIN,
MARITZA AVILA,
JANE DOE,
RONALD GREEN,
WENDE QALLAB,
LINDA SIEBERT, and
ALLISON PAYNE                              CIVIL ACTION NO.3:03 CV555
                                           (RNC)

      Plaintiffs,
      Individually and as
      representatives of all
      persons similarly situated

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut            DECEMBER    , 2004
Department of Social Services,
in her official capacity,

      Defendant


### AFFIDAVIT OF MARGARET P. MASON

I, Margaret P. Mason, being duly sworn, depose and say that:

1.     I am a partner in the law firm of Tyler Cooper & Alcorn, LLP, which has offices located at 205 Church Street in New Haven, Connecticut. I am an attorney, licensed to practice in the State of Connecticut.

2.     I am familiar with the billing practices of my law firm and the prevailing rates for attorneys generally in the New Haven area.

3.     I have reviewed the affidavits of Attorneys Shelley A. White, Sheldon Toubman, and Joanne Gibau, and I find that the hourly rates which New Haven Legal Assistance Association, Inc. is billing for their services in connection with a petition for attorneys fees in the above case ($275/hour for Attorney White

*EXHIBIT H*

and $250/hour for Attorneys Toubman and Gibau) are well within the prevailing rates for attorneys of their education and experience for litigation in the United States District Court for the District of Connecticut.

Margaret P. Mason

Subscribed and Sworn to before me this 13th day of December, 2004.

Commissioner of Superior Court/Notary Public

SAW/Kostok.Pen