# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

RONNI RABIN,
MARITZA AVILA,
JANE DOE,
RONALD GREEN,
WENDE QALLAB,
LINDA SIEBERT, and
ALLISON PAYNE                              CIVIL ACTION NO.3:03 CV555 (RNC)
      Plaintiffs,
      Individually and as
      representatives of all
      persons similarly situated

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut                JANUARY 7, 2005
Department of Social Services,
in her official capacity,
      Defendant.

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES

Plaintiffs hereby request permission to exceed the 10 page limit on reply briefs required by L.Civ.R. 7(d).  In support thereof, plaintiffs state that their Motion for Attorneys Fees and Costs, filed on October 14, 2004, included a very minimal brief in support of such motion as the parties were, at that time, hopeful of resolving the issue.  As a result of defendant's brief in opposition, plaintiffs have amended their fee petition to adjust the time claimed for compensation and have filed all the necessary supporting documentation.  The plaintiffs' reply brief responds to defendant's numerous objections and supplements plaintiffs' initial brief.

2

Respectfully submitted,
PLAINTIFF-APPELLANTS


By:

SHELLEY A. WHITE (ct05727)
JOANNE G. GIBAU (ct05730)
New Haven Legal Assistance Association.
426 State Street
New Haven, CT  06510
Phone: 203.946-4811 x 116
FAX: 203.498-9271
swhite@nhlegal.org

LUCY POTTER(ct23449)
GREG BASS (ct18114)
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105-2465
Phone: 860.541.5002
Fax: 860.541.5050
lpotter@ghla.org
gbass@ghla.org

SHARON LANGER(ct06907)
Connecticut Legal Service, Inc.
587 Main Street
New Britain, CT 06051
Phone: 860.225.8678 x108
Fax: 860.225.6105
slanger@connlegalservices.org


THEIR ATTORNEYS

3

## CERTIFICATION

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Permission To

File Reply Brief In Excess of Ten Pages  was mailed in accordance with Rule 5(b) of the

Federal Rules of Civil Procedure on this 7th day of January, 2005, first class mail,

postage prepaid to:

> Hugh Barber
> Tanya Feliciano
> Richard J. Lynch
> Assistant Attorneys General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

/Shelley A. White
Plaintiffs' Attorney