

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

FILED

2005 JAN -7 A 11: 23

U.S. DISTRICT COURT
HARTFORD, CT.

RONNI RABIN,
MARITZA AVILA,
JANE DOE,
RONALD GREEN,
WENDE QALLAB,
LINDA SIEBERT, and
ALLISON PAYNE
     Plaintiffs,
     Individually and as
     representatives of all
     persons similarly situated

VS.

PATRICIA WILSON-COKER,
Commissioner of the Connecticut
Department of Social Services,
in her official capacity,
     Defendant.

CIVIL ACTION NO.3:03 CV555 (RNC)

JANUARY 7, 2005

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE REPLY BRIEF
## IN EXCESS OF TEN PAGES

     Plaintiffs hereby request permission to exceed the 10 page limit on reply briefs

required by L.Civ.R. 7(d).  In support thereof, plaintiffs state that their Motion for

Attorneys Fees and Costs, filed on October 14, 2004, included a very minimal brief in

support of such motion as the parties were, at that time, hopeful of resolving the issue.

January 10, 2005.    Rabin v. Wilson-Coker
                   3:03CV00555 (RNC)

Re:  Plaintiffs' Motion for Permission to File Reply Brief in Excess of Ten
Pages (Doc. # 63).

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

03cv555end (63)