UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONNI RABIN, ET AL. : | |
| : | |
| v. : | |
| : | |
| PATRICIA WILSON-COKER, : | CASE NO. 3:03-CV-555 (RNC) |
| in her official capacity as : | |
| Commissioner of the State of : | |
| Connecticut Department of Social : | |
| Services : | |

## FINAL JUDGMENT

The United States Court of Appeals for the Second Circuit having issued a mandate on September 14, 2004 reversing the judgment of this Court and entering judgment in favor of plaintiffs; and

This action having come on for consideration of the plaintiffs' amended motion for attorneys' fees and costs before the Honorable Robert N. Chatigny, United States District Judge and the Court, having issued its ruling and order granting plaintiffs' motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs in accordance with the opinion of the Second Circuit Court of Appeals and plaintiffs are awarded costs and fees in the amount of $145,437.11 in accordance with this Court's ruling.

Dated at Hartford, Connecticut, this 3rd day of April, 2006.

KEVIN F. ROWE, Clerk

By   /s/  _____
Jo-Ann Walker
Deputy Clerk